UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-mj-290 |
| | : | |
| MARC ANTHONY BRU, | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY**
**FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously filed protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion. Defense counsel has not informed the government of his client's position on the motion.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                                    Respectfully submitted,

                                                    CHANNING PHILLIPS
                                                    Acting United States Attorney
                                                    D.C. Bar No. 415793

By:    /s/ *William Dreher*
          WILLIAM DREHER
          Assistant United States Attorney
          D.C. Bar No. 1033828
          700 Stewart Street, Suite 5220
          Seattle, WA 98101
          (206) 553-4579
          william.dreher@usdoj.gov