## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.                              )<br><br>MARC BRU,                   )<br><br>            Defendant.      ) | Criminal Action No. 21-352 (JEB) |

### ORDER

Upon consideration of the Defendant's Motion to Modify Conditions of Release, ECF No. 28, it is hereby

**ORDERED** that the Defendant's Motion to Modify Conditions of Release, ECF No. 28, is **GRANTED**. It is further

**ORDERED** that Defendant's conditions of release shall no longer include electronic monitoring. It is further

**ORDERED** that Defendant shall notify Pretrial Services if he is to travel outside of his home state.

**SO ORDERED** this 28 day of October, 2021.

JAMES E. BOASBERG
United States District Judge