UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>MARC BRU,<br><br>       Defendant. | Criminal No. 21-CR-352 (JEB)<br><br>NOTICE OF ATTORNEY APPEARANCE |

NOTICE IS HEREBY GIVEN that Christian Izaguirre appears as counsel for Marc Bru. It is requested that notice of all filings be served upon the undersigned.

DATED this 2nd day of March, 2022.

                                Respectfully submitted,

                                s/ *Christopher M. Sanders*
                                Assistant Federal Public Defender
                                Attorney for Marc Bru

NOTICE OF APPEARANCE
(*United States v. Bru*, 21-CR-352-JEB) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**