UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-352 (JEB) |
| Plaintiff, | ) ) | |
| v. | ) ) | MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL AND SUPPORTING MEMORANDUM OF LAW |
| MARC BRU, | ) ) ) | |
| Defendant. | ) ) | |

## I. MOTION

Gregory Geist respectfully moves to withdraw as counsel for Marc Bru and for appointment of new counsel from the Criminal Justice Act panel. Mr. Bru requested undersigned counsel to withdraw, due to a breakdown in the relationship, and that new counsel be appointed. Undersigned counsel concurs in Mr. Bru's desire given the breakdown in the relationship. Counsel consulted with the Federal Public Defender Office for the District of Columbia and, in the event the instant motion is granted, the FPD will appoint new counsel. Counsel discussed this motion with Mr. Bru, and a copy of the instant motion will be served on Mr. Bru pursuant to the local rules.

## II. MEMORANDUM OF LAW IN SUPPORT OF MOTION

"An attorney who enters an appearance shall continue to represent the defendant until the case is dismissed, the defendant is acquitted, or the time for filing post-trial motions and a notice of appeal has expired, unless the attorney is granted leave to withdraw by the Court." LCrR 44.5(c). Pursuant to 18 U.S.C. § 3006(A)(c), "[t]he

MOTION TO WITHDRAW AS COUNSEL AND FOR
APPOINTMENT OF NEW COUNSEL
*United States v. Bru*, CR21-353 (JEB) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  United States Magistrate or the court may, in the interests of justice, substitute one
2  appointed counsel for another at any stage of the proceedings."
3  **III.   CONCLUSION**
4      For the foregoing reasons, counsel respectfully requests that this Court grant
5  Mr. Bru's motion to withdraw and assign new counsel to represent Mr. Bru in any and
6  all further proceedings.
7      Respectfully submitted this 9th day of March 2023.

                s/ *Gregory Geist*
                Assistant Federal Public Defender
                Attorney for Marc Bru

MOTION TO WITHDRAW AS COUNSEL AND FOR
APPOINTMENT OF NEW COUNSEL
*United States v. Bru*, CR21-353 (JEB) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**