NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                                        Criminal Number  1:21-cr-00352-JEB

MARC BRU
        (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☐ RETAINED            ☒ FEDERAL PUBLIC DEFENDER

s/ Ben W. Muse
*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Ben W. Muse, AK 1012127
*(Attorney & Bar ID Number)*
Federal Public Defender for the District of Alaska
*(Firm Name)*
188 W Northern Lights Blvd., Ste. 700
*(Street Address)*
Anchorage       AK           99503
*(City)*         *(State)*    *(Zip)*
907-646-3400
*(Telephone Number)*