UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>MARC BRU,<br><br>     Defendant. | Case No. 21-cr-00352-JEB<br><br>*Proposed* **ORDER RE MOTION TO CONTINUE TRIAL** |

After due consideration of the Defendant's Motion To Continue Trial [Docket No. 56], the motion is granted. Trial shall be scheduled to begin on _____.

DATED this __ day of May, 2023.

_____
Judge James E. Boasberg
UNITED STATES DISTRICT COURT