UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>MARC BRU,<br><br>              Defendant. | Case No. 21-cr-00352-JEB<br><br>**MOTION FOR NON-CUSTODIAL TRAVEL UNDER 18 U.S.C. § 4285** |

Defendant, Marc Bru, pro se, moves this Court to direct the United States Marshals Service ("USMS") to provide Bru with non-custodial travel under 18 U.S.C. § 4285 from Spokane, Washington, to Washington, D.C., by June 15, 2023, for trial to begin on July 17, 2023.

Title 18, U.S.C. § 4285 allows a court, "when the interest of justice would be served," to direct the USMS to arrange for the "noncustodial one-way transportation" (*i.e.*, payment of travel expenses) of a defendant on bond "to the place where his appearance [before the court] is required." Once a court determines that a defendant on bond is "financially unable" to afford his transportation to court, the court can direct the USMS to provide the cost of one-way transportation to the court city. *Id.*

Mr. Bru is currently unhoused and unemployed. He has no money in savings. He cannot afford a plane ticket from Spokane, where he resides, to Washington, D.C. He respectfully requests that the USMS arrange non-custodial travel to Washington, D.C., so that Mr. Bru arrives no later than 7/15, for trial to begin on 7/17. Mr. Bru will provide the necessary identifiers to the USMS through stand-by counsel, Ben Muse, upon request.

DATED this 22nd day of June, 2023.

                                              Respectfully submitted,

                                              *s/ Marc Bru*
                                              Marc Bru, Defendant
                                              pro se

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>MARC BRU,<br><br>               Defendant. | Case No. 21-cr-00352-JEB<br><br>*Proposed* **ORDER RE MOTION FOR NON-CUSTODIAL TRAVEL UNDER 18 U.S.C. § 4285** |

After due consideration, the Defendant's Motion for Non-Custodial Travel Under 18 U.S.C. § 4285 is GRANTED.

It is ordered that the United States Marshals Service purchase airfare for Mr. Bru to travel from Spokane, Washington, to Washington, D.C. by July 15, 2023, for trial to begin on July 17, 2023.

DATED this __ day of June, 2023.

_____
Judge James E. Boasberg
UNITED STATES DISTRICT COURT