UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARC BRU,<br><br>    Defendant. | Case No. 21-cr-00352-JEB<br><br>~~Proposed~~ **ORDER RE MOTION FOR NON-CUSTODIAL TRAVEL UNDER 18 U.S.C. § 4285** |

After due consideration, the Defendant's Motion for Non-Custodial Travel Under 18 U.S.C. § 4285 is GRANTED.

It is ordered that the United States Marshals Service purchase airfare for Mr. Bru to travel from Spokane, Washington, to Washington, D.C. by July 15, 2023, for trial to begin on July 17, 2023.

DATED this 23rd day of June, 2023.

*/s/*

Judge James E. Boasberg
UNITED STATES DISTRICT COURT