UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-CR-352 (JEB) |
| | : | |
| MARC BRU, | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' NOTICE OF ADDITIONAL EVIDENCE**

Defendant Marc Bru maintains an active and publicly accessible Twitter account with the handle "@Bootlegger777." *See* Ex. 1. The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court of the defendant's concerning recent Twitter activity regarding this case.

On June 26, 2023, the Court conducted a video status conference in this matter. The defendant failed to appear. The government asked the Court to issue a bench warrant, but the Court declined to do so.

Approximately a day and a half later, on June 28, 2023, at 12:04 a.m. PST, the defendant tweeted two screenshots of a June 27, 2023, text conversation he had with a known individual ("Individual 1") on an unknown platform. *See* Ex. 2. In that conversation, Individual 1 sent the defendant a screenshot of a tweet from reporter Scott MacFarlane in which MacFarlane publicized the defendant's failure to appear at the June 26 status conference. In response to Individual 1, the defendant wrote:

> nice, I certified mailed my motion to the prosecutor, **I'm done entertaining their bullshit. if they want me they will come get me. I'm drawing a fucking line in the sand.** I can't believe Americans are willingly paying money to see their fucking so called patriot heroes go to the totalitarian clink. They torture, they strip rights, they murder and everyone is ok with letting j6ers go through the motions to be unappreciated martyrs? Americans can go fuck themselves I've lost my life, my

1

family, my prosperity for the cause, yet still no fucking backbone from Americans. I'm not a debt slave, **I will not submit to a totalitarian belligerent de facto regime.** Thanks for the info. you should make sure my reply makes it to print, [OK hand sign emoji] [four-leaf clover emoji]. **I'd rather die free than submit to fuckin tyrants**.

Ex. 2 (emphasis added).

The government interprets the defendant's tweet as another indication that he does not intend to make further voluntary appearances in this matter and thought it prudent to keep the Court informed of the defendant's pertinent public statements.

<div style="margin-left: 50%;">

Respectfully submitted,

</div>

DATED: June 28, 2023                                    MATTHEW M. GRAVES
                                                        United States Attorney
                                                        D.C. Bar No. 481052

                                            By:    */s/ Michael M. Gordon*
                                                   MICHAEL M. GORDON
                                                   Assistant United States Attorney
                                                   Florida Bar No. 1026025
                                                   400 N. Tampa St., Suite 3200
                                                   Tampa, Florida 33606
                                                   michael.gordon3@usdoj.gov
                                                   (813) 274-6370

                                                   */s/ Madison H. Mumma*
                                                   MADISON H. MUMMA
                                                   Trial Attorney
                                                   N.C. Bar No. 56546
                                                   601 D St., NW
                                                   Washington, D.C. 20001
                                                   madison.mumma2@usdoj.gov
                                                   (202) 431-8603

# EXHIBIT 1



# EXHIBIT 2


