The Court GRANTS leave to file.
Signed by Chief Judge James E. Boasberg on 8/16/2023

cc. James E. Boasburg
cc. Benjamin Muse
cc. Federal Clerk of Courts
cc. American BAR Association

Right to renegotiate with right to redress grievance and all other rights reserved

## Judicial Contract for Prosecution Powers by and between Marc Anthony Bru and Michael Gordon in the case No. 21-cr-352

**Legal Notice** to Michael Gordon, this contract must be signed, dated and notarized to proceed the case No. 21-cr-352, otherwise Michael Gordon is forcing an association in violation of peremptory norms establishing an international crime.

Michael Gordon acknowledges and accepts that Michael Gordon does not have any right to prosecute Marc Anthony Bru by any political means what so ever. That all charges must show damages in equity, or injury to persons, and must be based on facts and the truth of the law structured around peremptory norms and customary international law set forth by a signed and published bilateral social compact agreements showing the parties in contract and the legal obligations set forth.

Michael Gordon acknowledges and accepts that the US is a private membership association, styled the United States Corporation Company, and its private charter, the United States Constitution, is a foreign entity that Marc Anthony Bru is not a member of, and Marc Anthony Bru was misinformed at the earlier time not understanding this fact, and so the only agreement Marc Anthony Bru is willing to make is to never enter the Washington District of Columbia ever again or associate with any of its parties again.

Michael Gordon acknowledges and accepts that Michael Gordon and Marc Anthony Bru does not share the same beliefs, Marc Anthony Bru believes in the Father in heaven mentioned in the Holy Bible as relayed as the way, the truth and the life by Yahoshua Christ, and so Michael Gordon is forcing an association thereby violating the religious rights of Marc Anthony Bru as to worship in the dictates of the conscious understanding assumspsit in all remedies in the truth serving the Father in Heaven as to which Michael Gordon is subjecting Marc Anthony Bru to religious persecution.

Michael Gordon acknowledges and accepts that any trial is a benefit to Marc Anthony Bru, making Marc Anthony Bru the named beneficiary, wherein the burden of proof by Michael Gordon is handled by due process rights and proper procedure and presentation which must be on exculpatory evidence based on the material substantial to a crime that is heinous and penal in violation of human rights that are peremptory norms where derogability is not allowed.

cc. James E. Boasburg
cc. Benjamin Muse
cc. Federal Clerk of Courts
cc. American BAR Association

Right to renegotiate with right to redress grievance and all other rights reserved

_____ Date 07/10/23
Marc Anthony Bru
**Judicial Contract for Prosecution Powers by and between Marc Anthony Bru and Michael Gordon in the case No. 21-cr-352**

JULIANA ESPINOZA
Notary Public for the State of Montana
Residing at Bozeman, Montana
My Commission Expires March 23, 2026
Commission Number: 20220519

The United States of America)
On this 10th July 2023_____, the Marc Anthony Bru, personally appeared before me and acknowledged to me on the basis of satisfactory evidence that he or she executed the same in his or hers stated capacity, and that by his or hers signature on contract is the person or entity upon behalf of which the person signed is a free and voluntary act and deed for the purposes and upon the terms and conditions hereinafter set forth.

Date: July 10th 2023
By Juliana Espinoza _____
_____, Notary Public
My Commission Expires: March 23, 2026


_____ Date_____
Michael Gordon

Title:
**Judicial Contract for Prosecution Powers by and between Marc Anthony Bru and Michael Gordon in the case No. 21-cr-352**

The United States of America)
On this_____, the Michael Gordon, personally appeared before me and acknowledged to me on the basis of satisfactory evidence that he or she executed the same in his or hers stated capacity, and that by his or hers signature on contract is the person or entity upon behalf of which the person signed is a free and voluntary act and deed for the purposes and upon the terms and conditions hereinafter set forth.

Date: _____
By_____
_____, Notary Public
My Commission Expires: _____

cc. James E. Boasburg  
cc. Michael Gordon  
cc. Federal Clerk of Courts  
cc. American BAR Association

Right to renegotiate with right to redress grievance and all other rights reserved

## Judicial Contract for Translation Powers by and between Marc Anthony Bru and Benjamin Muse in the case No. 21-cr-352

**Legal Notice** to Benjamin Muse, this contract must be signed, dated and notarized to proceed the case No. 21-cr-352, otherwise Benjamin Muse is forcing an association in violation of peremptory norms establishing an international crime.

Benjamin Muse acknowledges and accepts that Marc Anthony Bru has first in chair and has the last say regarding Marc Anthony Bru in the Case No. No. 21-cr-352.

Benjamin Muse acknowledges and accepts that Benjamin Muse is only a translator in the Case No. No. 21-cr-352 and must be transparent and full disclose to all parties at all times under the penalties of perjury.

Benjamin Muse acknowledges and accepts that Benjamin Muse does not have the right to move the court or express a claim that was not made by Marc Anthony Bru as to which is illegal and can prejudice a suit by forcing Marc Anthony Bu into an association not by consent of Marc Anthony Bru.

Benjamin Muse acknowledges and accepts that if Benjamin Muse signature goes on any performance bond signing Marc Anthony Bru for prison time, jail time, or any debt, or therein creates a debtors prison, than Benjamin Muse may prejudice a suit for war crimes in violation of the Law of Armed Conflict against Marc Anthony Bru.

_____  Date 07/10/'23  
Marc Anthony Bru  
**Judicial Contract for Translation Powers by and between Marc Anthony Bru and Benjamin Muse in the case No. 21-cr-352**

[SEAL]  
**JULIANA ESPINOZA**  
Notary Public for the State of Montana  
Residing at Bozeman, Montana  
My Commission Expires March 23, 2026  
Commission Number: 20220519

The United States of America)  
On this July 10th 2023, the Marc Anthony Bru, personally appeared before me and acknowledged to me on the basis of satisfactory evidence that he or she executed the same in his or hers stated capacity, and that by his or hers signature on contract is the person or entity upon behalf of which the person signed is a free and voluntary act and deed for the purposes and upon the terms and conditions hereinafter set forth.

Date: July 10th 2023  
By Juliana Espinoza _____, Notary Public  
My Commission Expires: March 23, 2026

cc. James E. Boasburg
cc. Michael Gordon
cc. Federal Clerk of Courts
cc. American BAR Association

Right to renegotiate with right to redress grievance
and all other rights reserved

_____   Date_____
Benjamin Muse

Title:
**Judicial Contract for Translation Powers by and between Marc Anthony Bru and Benjamin Muse in the case No. 21-cr-352**

The United States of America)
On this_____, the Benjamin Muse, personally appeared before me and acknowledged to me on the basis of satisfactory evidence that he or she executed the same in his or hers stated capacity, and that by his or hers signature on contract is the person or entity upon behalf of which the person signed is a free and voluntary act and deed for the purposes and upon the terms and conditions hereinafter set forth.

**Date:** _____
   **By**_____
      _____, **Notary Public**
**My Commission** *Expires:* _____