UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MARC BRU,<br><br>               Defendant. | Case No. 21-cr-00352-JEB<br><br>*Proposed* **ORDER RE MOTION FOR CHANGE OF VENUE** |

After due consideration, the Defendant's Motion for Change of Venue is GRANTED. Mr. Bru's trial shall be conducted in the Eastern District of Washington.

DATED this __ day of September 2023.

_____
Judge James E. Boasberg
UNITED STATES DISTRICT COURT