Ben W. Muse
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: ben_muse@fd.org

*Standby Counsel for Defendant Marc Bru*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MARC BRU,<br><br>  Defendant. | Case No. 21-cr-00352-JEB<br><br>**NOTICE OF LODGING DEFENDANT'S MOTION TO CONTINUE TRIAL** |

COMES NOW Defendant Marc Bru, through standby counsel, Ben W. Muse, Assistant Federal Defender, and hereby lodges Mr. Bru's motion to continue the scheduled Bench Trial now set for October 2, 2023, for 60 days.

DATED at Anchorage, Alaska this 18th day of September, 2023.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Ben W. Muse*
Ben W. Muse
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on September 18, 2023. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Ben W. Muse*