UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>vs.<br>MARC BRU,<br>                Defendant. | Case No. 21-cr-00352-JEB<br><br>*Proposed* **ORDER RE MOTION TO CONTINUE TRIAL** |

After due consideration, the Defendant's Motion to Continue Trial is GRANTED.

IT IS ORDERED that the Trial scheduled for October 2, 2023, is VACATED and shall be continued to _____.

DATED this \_\_ day of September, 2023.

_____
Judge James E. Boasberg
UNITED STATES DISTRICT COURT