Ben W. Muse
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: ben_muse@fd.org

*Standby Counsel for Defendant Marc Bru*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>MARC BRU,<br><br>    Defendant. | Case No. 21-cr-00352-JEB<br><br>**NOTICE OF LODGING DEFENDANT'S PRO SE OBJECTIONS TO GOVERNMENT'S PROPOSED JURY INSTRUCTIONS [Dkt. 78]** |

  COMES NOW Defendant Marc Bru, through standby counsel, Ben W. Muse, Assistant Federal Defender, and hereby lodges Mr. Bru's objections to the Government's Proposed Jury Instructions at Docket No. 78.

  DATED this 27th day of September, 2023.

                  Respectfully submitted,

                  FEDERAL PUBLIC DEFENDER
                  DISTRICT OF ALASKA

                  */s/ Ben W. Muse*
                  Ben W. Muse
                  Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments on behalf of Defendant with the Clerk of Court for the United States District Court for the District of Columbia by using the district's CM/ECF system on September 27, 2023. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Ben W. Muse*