UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-cr-00352-JEB |
| Plaintiff, | |
| vs. | **OBJECTIONS TO GOVERNMENT'S PROPOSED JURY INSTRUCTIONS [Dkt. 78]** |
| MARC BRU, | |
| Defendant. | |

Defendant, Marc Bru, pro se,[1] files the following objections to the Government's

Proposed Jury Instructions at Docket Number 78.

## I.      Objection to Flight Instruction.

The District of Columbia Court of Appeals "has cautioned that flight instructions

should be used 'sparsely.'"[2] This "admonition reflects criticism, which courts have long

leveled, that it is a matter of common knowledge that men who are entirely innocent do

sometimes flee … through fear of being apprehended as the guilty parties."[3]

As the Redbook notes:

> The court "must decline to give the standard flight instruction
> if (1) particular information known by the court but not by the
> jury suggests another reason (*i.e.*, a reason, unrelated to the
> charged offense(s), that the defendant would be motivated to
> flee from law enforcement (or from a particular law

---

[1]      Mr. Bru is currently incarcerated and subject to a 23-hour lockdown. He does not have access to a computer and was unable to draft this pleading personally. He communicated with standby counsel regarding these objections and approved this pleading.

[2]      *Headspeth v. U.S.*, 86 A.3d 559, 564 (D.C. 2014) (citing *Logan v. U.S.*, 489 A.2d 485, 489 (D.C. 1985)).

[3]      *Id.*

enforcement officer); and (2) there is no reason to think the jury would envision that other reason."[4]

In this case, on June 26, 2023, Mr. Bru failed to appear in court and a warrant was issued for his arrest. He was arrested on July 23, 2023.

In June, Mr. Bru allegedly posted on Twitter, in response to a reporter noting his failure to appear for court, the following:

> [N]ice, I certified mailed my motion to the prosecutor. I'm done entertaining their bullshit. [I]f they want me they will come get me. I'm drawing a fucking line in the sand. I can't believe Americans are willingly paying money to see their fucking so called patriot heroes go to the totalitarian clink. They torture, they strip rights, they murder and everyone is ok with letting j6ers go through the motions to be unappreciated martyrs? Americans can go fuck themselves[,] I've lost my life, my family, my prosperity for the cause, yet still no fucking backbone from Americans. I'm not a debt slave, I will not submit to a totalitarian belligerent de facto regime. Thanks for the info, you should make sure my reply makes it to print, [OK hand sign emoji] [four-leaf clover emoji]. I'd rather die free than submit to fucking tyrants.[5]

The plain inference from this post is that Mr. Bru failed to appear for court not because of his consciousness of guilt but—to the contrary—because he perceived an

---

[4]   Redbook 2.301 (quoting *Headspeth*, 86 A.3d at 566–67 (footnote omitted) (finding reversible error because trial court provided flight instruction where there was "sufficient meaningful evidence" of flight that may have been prompted by consciousness of guilt, but the jury was not presented with evidence—proffered to the trial judge—that the defendant had a "history" with the arresting officer that may have prompted his flight).

[5]   Dkt. 66.

injustice was being worked upon him and he would be falsely convicted. A flight instruction is wholly inappropriate in this context.

## II.     Objection to Government's Proposed Elements for Entering or Remaining in a Restricted Building or Grounds.

Mr. Bru objects to the government's proposed instruction, for Entering or Remaining in a Restricted Building or Grounds, and proposes the following instruction which he believes more clearly delineates the required *mens rea* for each element:

> In order to find the defendant guilty of this offense, you must find that the government proved each of the following elements beyond a reasonable doubt:
>
> 1. The defendant knowingly entered or remained in a location.
> 2. The defendant knew that the location was a "restricted building or grounds."
> 3. The defendant was not lawfully authorized to be in that location.
>
> The term "restricted building or grounds" means any posted, cordoned off, or otherwise restricted area of a building or grounds where a person protected by the Secret Service is or will be temporarily visiting.
>
> "Otherwise restricted area" means restricted in a way that gives notice to the public comparable to a physical "posting" or "cordoning off."[6]
>
> The term "person protected by the Secret Service" includes the Vice President and the immediate family of the Vice President.

---

[6]     The statute's plain text requires some type of clear onsite public notice setting off the restricted space. This follows directly from the ordinary meaning of "posted" and "cordoned off." *See, e.g.*, *United States v. Williams*, 553 U.S. 285, 294 (2008) ("a word is given more precise content by the neighboring words with which it is associated").

To establish that a defendant knew a location was a "restricted building or grounds" the government has to prove either (a) the defendant knew he was entering an area that met the definition of a "restricted building or grounds," even if he did not know which type of qualifying area it was (*e.g.*, the defendant saw a sign that says "restricted building or grounds" on the known residence of a secret service protectee); or (b) that the defendant knew of the qualifying characteristics of an area (*e.g.*, that the area was cordoned off and the defendant knew a secret service protectee was present).[7]

A person knows or acts "knowingly" if he realizes what he is doing, is aware of the nature of his conduct, and does not act through ignorance, mistake, or accident. In deciding this issue you may consider all of the evidence, including what the defendant did, said, or perceived.

### III.   Objection to the Definition of "Corruptly" as Employed in Obstruction of an Official Proceeding Instruction.

The government's proposed jury instruction provides:

To act 'corruptly,' the defendant must use independently unlawful means or act with an unlawful purpose, or both. The defendant must also act with 'consciousness of wrongdoing.' 'Consciousness of wrongdoing means an understanding or awareness that what the person is doing is unlawful.

---

[7]      *See McFadden v. United States*, 576 U.S. 186, 192 (2015)(discussing ways in which the government can meet the burden of proving a defendant's knowing possession of a particular controlled substance); *see also United States v. Sturgeon*, No. 21-cr-91, at ECF 163(RCL)("[T]he government must prove not only that defendants knew they were in a 'posted, cordoned off, or otherwise restricted area,' but also that they knew that it was such an area 'of a building or grounds where the President or other person protected by the Secret Service is or will be temporarily visiting.'").

Mr. Bru objects to the government's instruction as being overly broad. The term "unlawful" encompasses non-criminal tortious activity or even activity that is non-tortious but just a violation of a person's constitutionally protected expectation of privacy, or property.[8] He proposes the following instruction defining "corruptly" which aligns with the discussion of this term in *Anderson* and *Aguilar*[9]:

> "Corruptly" means an act dishonestly done "with a hope or expectation of either financial gain or other benefit to oneself or a benefit to another person."[10]

The requirement of a "dishonest act" is consistent with *Anderson* and *Aguilar,* and

---

[8]     *See*, *e.g.*, *United States v. Johnson*, 561 F.2d 832, 845 (D.C. Cir. 1977) (en banc) (Leventhal, J., concurring) (to determine whether an "entry" is "unlawful" under the Fourth Amendment, the "salient question" is not whether it was a "technical trespass" but whether it "was encroaching on a reasonable expectation of privacy"); *Heffernan v. City of Patterson, N.J.*, 578 U.S. 266, 273 (2016) (addressing whether an employee's demotion was "unlawful action under the First Amendment"); *United States v. Waller*, 426 F.3d 838, 848 (6th Cir. 2005) (discussing a Tenth Circuit precedent which held that the police's search of a suitcase was "unlawful" because it violated its owner's expectation of privacy); *See also Maryland v. King*, 569 U.S. 435, 439 (2013) (addressing whether the police's cheek swab to obtain DNA was an "unlawful seizure"); *John Doe v. Metropolitan Police Dep't of the District of Columbia*, 445 F.3d 460, 463 (D.C. Cir. 2006) (a D.C. statute that encompasses both civil and criminal violations, in effect, "makes it unlawful" for any person under 21 to consume alcohol, or for a person to dispense alcohol to any person under 21)

[9]     *See Arthur Andersen LLP v. United States*, 544 U.S. 696, 706 (2005) (citing approvingly the Fifth Circuit Pattern Jury Instruction for 18 U.S.C. § 1503 that "defined 'corruptly' as 'knowingly and *dishonestly* with the specific intent to subvert or undermine the integrity' of a proceeding.") (emphasis added); *United States v. Aguilar*, 515 U.S. 593, 616-17(1995) (Scalia, J. concurring) (emphasis added) ("[a]n act is done corruptly if it's done voluntarily and intentionally either to bring about an unlawful result or a lawful result by some unlawful method, *with a hope or expectation of either financial gain or other benefit to oneself or a benefit to another person*.").

also how "corruption" is commonly conceived,[11] and limits the scope of §1512(c)(2), preventing its overbroad application.

DATED this 27th day of September, 2023.

Respectfully submitted,

*s/Marc Bru*

Marc Bru, Defendant
pro se

<u>Certificate of Service</u>:

I hereby certify that I electronically filed the foregoing and any attachments on behalf of Defendant with the Clerk of Court for the United States District Court for the District of Columbia by using the district's CM/ECF system on September 27, 2023. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Ben W. Muse*

---

[11]    *See, e.g.*, "Wikipedia, "Corruption," available at https://en.wikipedia.org/wiki/Corruption (last retrieved September 27, 2023)("Corruption is a form of *dishonesty* or a criminal offense which is undertaken by a person or an organization which is entrusted in a position of authority, in order to acquire illicit benefits or abuse power for one's personal gain. Corruption may involve many activities which include bribery, influence peddling and embezzlement and it may also involve practices which are legal in many countries.")(emphasis added).