Ben W. Muse
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: ben_muse@fd.org

*Standby Counsel for Defendant Marc Bru*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARC BRU,<br><br>                Defendant. | Case No. 21-cr-00352-JEB<br><br>**NON-OPPOSED MOTION TO CONTINUE SENTENCING HEARING** |

Defendant Marc Bru, through standby counsel, Ben W. Muse, Assistant Federal Defender, moves this Court for a continuance of the imposition of sentence hearing now set for January 8, 2024; the proposed new date would be for January 18 or 19, 2024, at a time convenient to the Court and parties.

A continuance is requested due to counsel's unavailability in relation to personal leave and trial preparations in his district in *U.S. v. Coma*, 3:22-cr-00044-JMK-MMS, and the retrial of a murder case *U.S. v. Moi*, 3:19-cr-00112-TMB-SAO-2.

Undersigned has spoken with Mr. Bru and he does not oppose the request. Government counsel does not oppose this continuance.

In order to provide effective assistance of counsel, a continuance is appropriate.

DATED at Anchorage, Alaska this 29th day of November, 2023.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Ben W. Muse*
Ben W. Muse
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on November 29, 2023. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Ben W. Muse*