UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARC BRU,<br><br>                Defendant. | Case No. 21-cr-00352-JEB<br><br>*Proposed* **ORDER RE NON-OPPOSED MOTION TO CONTINUE SENTENCING HEARING [86]** |

After due consideration of the Non-Opposed Motion to Continue Sentencing Hearing [86], the motion is GRANTED.

IT IS ORDERED that the imposition of sentence hearing set for January 8, 2024, at 11:00 a.m. is VACATED and RESET for January __, 2024, at ____.

DATED this __ day of November, 2023, in Anchorage, Alaska.

_____
Chief Judge James E. Boasberg
UNITED STATES DISTRICT COURT