Ben W. Muse
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: ben_muse@fd.org

*Standby Counsel for Defendant Marc Bru*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>MARC BRU,<br><br>  Defendant. | Case No. 21-cr-00352-JEB<br><br>**NOTICE REGARDING DEFENDANT'S SENTENCING MEMORANDUM** |

Defendant Marc Bru, through standby counsel, Ben W. Muse, Assistant Federal Defender, hereby provides notice to this Court that Mr. Bru does not intend to file a sentencing memorandum. The undersigned has consulted with Mr. Bru regarding sentencing and has received explicit instructions not to file any kind of sentencing memorandum on Mr. Bru's behalf.

DATED at Anchorage, Alaska this 17th day of January, 2024.

Respectfully submitted,

*/s/ Ben W. Muse*
Ben W. Muse
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Columbia by using the district's CM/ECF system on January 17, 2024. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Ben W. Muse*