UNITED STATES DISTRICT COURT
Of the DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

1:21-cr-00352-JEB

Marc Bru

Case No. Case N. 1:21-cr-00352-JEB.

**Leave to file GRANTED**

/s/ James E. Boasberg   1/23/24
James E. Boasberg      Date
Chief Judge

NOTICE TO THE COURT FROM Marc Bru

COMES NOW Marc Bru files an "AFFIDAVIT IN MEMORANDUM OF LAW"

Attached:

1. Affidavit In Memorandum of Law by and Through Violation of Peremptory Norms in Summary of the Particular Issue of the United States Federal Courts and all Creature State Courts in Corruption and Fraudulent Practices of False Jurisdiction through Illegal contracts as Proof with the Court Investment Registry System

2. Exhibit A & Exhibit B  Law Enforcement Officers

3. Exhibits C, D & E  Notes of Advisory Committee on Rules - 1897 Amendment

4. Exhibits F  Registry Funds Loss

5. Exhibits G  Federal Acquisition Regulation, Part 28 Bonds and Insurance

6. Exhibits H  For the Record

7. Exhibit I  Fraudulent/Defective Oath of Office James Emanuel Boasberg

8. Exhibit J  Refusal for Cause

January 10, 2024

Respectfully Submitted,

/s/ Marc Bru
Marc Bru



RECEIVED
Mail Room
JAN 17 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia