Exhibit A and Exhibit B

### 4.23 LAW ENFORCEMENT OFFICERS

In general, police officers receive the rights, duties, and liabilities of civilian status. However, law enforcement agencies are in many respects similar to military forces. They are authorized to use necessary force on behalf of the State, are generally distinguishable from private citizens, and are often organized like military forces. In cases where States choose to police officers as part of the armed forces, they receive the rights, duties, and liabilities of combatant status.

4.23.1 Police as Civilians. In general, members of law enforcement agencies have civilian status. Furthermore, routine domestic law enforcement is part of the general protection of the civilian population and does not constitute "taking a direct part in hostilities" that would deprive police officers of their protection from being made the object of attack.

4.23.2 Police With a Military Role. Some States use police forces in a paramilitary capacity or use military forces in a police role. Members of the armed forces engaged in police roles are combatants.

The extent to which police officers are treated as combatants largely depends on whether the State decides to use them in that capacity. States may decide to make law enforcement agencies part of their armed forces. Members of these law enforcement agencies, like other members of those armed forces, receive combatant status by virtue of their membership in the armed forces. In addition, States may authorize members of the law enforcement agencies to accompany their armed forces without incorporating them into their armed forces. These persons have the legal status of persons authorized to accompany the armed forces.

4.23.3 Police in Non-International Armed Conflict. Police officers may play a larger in armed conflicts between States and insurgent or terrorist groups because in such conflicts a State may treat all enemy persons' participation in hostilities as criminal.

## What are government account securities?

Key Takeaways. Government securities are government debt issuances used to fund daily operations, and special infrastructure and military projects. They guarantee the full repayment of invested principal at the maturity of the security and often pay periodic coupon or interest payments.

 Investopedia
https://www.investopedia.com › ... › Treasury Bonds

## What Is a Government Security? T-Bills, T-Bonds, and More

Exhibits C, D and E

NOTES OF ADVISORY COMMITTEE ON RULES—1972 AMENDMENT

Subdivision (c)(2) is new. It is intended to provide procedural implementation of the recently enacted criminal forfeiture provision of the Organized Crime Control Act of 1970, Title IX, §1963, and the Comprehensive Drug Abuse Prevention and Control Act of 1970, Title II, §408(a)(2).

The Congress viewed the provisions of the Organized Crime Control Act of 1970 as reestablishing a limited common law criminal forfeiture. S. Rep. No. 91–617, 91st Cong., 1st Sess. 79–80 (1969). The legislative history of the Comprehensive Drug Abuse Prevention and Control Act of 1970 indicates a congressional purpose to have similar procedures apply to the forfeiture of profits or ▓▓▓▓ s under that act. H. Rep. No. 91–1444 (part I), 91st Cong., 2d Sess. 81–85 (1970).

Under the common law, in a criminal forfeiture proceeding the defendant was apparently entitled to notice, trial, and a special jury finding on the factual issues surrounding the declaration of forfeiture which followed his criminal conviction. Subdivision (c)(2) provides for notice. Changes in rules 31 and 32 provide for a special jury finding and for a judgment authorizing the Attorney General to seize the interest or property forfeited.



Note to Subdivision (g). This rule is a restatement of existing law and practice. It is based in part on 18 U.S.C. 599 [now 3142] (Surrender by bail).

NOTES OF ADVISORY COMMITTEE ON RULES—1966 AMENDMENT

Subdivision (c).—The more inclusive word "terms" is substituted for "amount" in view of the amendment to subdivision (d) authorizing releases without security on such conditions as are necessary to insure the appearance of the defendant. The phrase added at the end of this subdivision is designed to encourage commissioners and judges to set the terms of bail so as to eliminate unnecessary detention. See Stack v. Boyle, 342 U.S. 1 (1951); Bandy v. United States, 81 S.Ct. 197 (1960); Bandy v. United States, 82 S.Ct. 11 (1961); Carbo v. United States, 82 S.Ct. 652 (1962); review den. 369 U.S. 868 (1962).

Subdivision (d).—The amendments are designed to make possible (and to encourage) the release on bail of a greater percentage of indigent defendants than now are released. To the extent that other considerations make it reasonably likely that the defendant will appear it is both good practice and good economics to release him on bail even though he cannot arrange for cash or bonds in even small amounts. In fact it has been suggested that it may be a denial of constitutional rights to hold indigent prisoners in custody for no other reason than their inability to raise the money for a bond. Bandy v. United States, 81 S.Ct. 197 (1960).

The first change authorizes the acceptance as security of a deposit of cash or government ▓▓▓▓ in an amount less than the face amount of the bond. Since a defendant typically purchases a bail bond for a cash payment of a certain percentage of the face of the bond, a direct deposit with the court of that amount (returnable to the defendant upon his appearance) will often be equally adequate as a deterrent to flight. Cf. Ill.CodeCrim.Proc. §110–7 (1963).

The second change authorizes the release of the defendant without financial security on his written agreement to appear when other deterrents appear reasonably adequate. See the discussion of such deterrents in Bandy v. United States, 81 S.Ct. 197 (1960). It also permits the imposition of nonfinancial conditions as the price of dispensing with security for the bond. Such conditions are commonly used in England. Devin, The Criminal Prosecution in England, 89 (1958). See the suggestion in Note, Bail: An Ancient Practice Reexamined, 70 Yale L.J. 966, 975 (1961) that such conditions ** * * might include release in custody of a third party, such as the accused's employer, minister, attorney, or a private organization; release subject to a duty to report periodically to the court or other public official; or even release subject to a duty to return to jail each night." Wilful failure to appear after forfeiture of bail is a separate criminal offense and hence an added deterrent to flight. 18 U.S.C. §3146.

For full discussion and general approval of the changes made here see Report of the Attorney General's Committee on Poverty and the Administration of Criminal Justice 58–89 (1963).

```
      (2) Protective orders.--Section 413(e) of the Controlled
 Substances Act (21 U.S.C. 853(e)) is amended by adding at the
 end the following:
      ``(4) Order to repatriate and deposit.--
           ``(A) In general.--Pursuant to its authority to
      enter a pretrial restraining order under this section,
      the court may order a defendant to repatriate any
      property that may be seized and forfeited, and to
      deposit that property pending trial in the registry of
      the court, or with the United States Marshals Service or
      the Secretary of the Treasury, in an interest-bearing
      account, if appropriate.
           ``(B) Failure to comply.--Failure to comply with an
      order under this subsection, or an order to repatriate
      property under subsection (p), shall be punishable as a
      civil

 [115 STAT. 315]]

      or criminal contempt of court, and may also result in an
      enhancement of the sentence of the defendant under the
      obstruction of justice provision of the Federal
      Sentencing Guidelines.''.
```

Exhibit F Registry Funds Loss

## Highlights

The Administrative Office of the U.S. Courts asked whether appropriated funds were available to restore losses in the registry funds of the U.S. courts, the proper statutory authority for such restorations, and whether an erroneous transfer of money from the registry of the U.S. District Court of California to the U.S. District Court of New York could be restored. The director of the Office requested relief for the clerk and fiscal officer. He concluded that the erroneous transfer occurred while they were acting in their official capacities and that the loss was not a result of their acting in bad faith or due to a lack of care since the California Federal Court had ordered them to make the transfers. The improper transfer occurred in a securities fraud case in which five defendants were ordered to deposit funds with the California Federal Court. Four of the defendants who had deposited monies entered into a stipulation providing that the monies and interest deposited in the California Federal Court registry be distributed to two classes of plaintiffs in a case before the New York Federal Court. The stipulation referred to the funds to be transferred as the California funds. All of the funds were sent to the Clerk of the New York Federal Court in accordance with the stipulation. When the error in disbursement became manifest it was immediately reported. All of the funds had been distributed to the plaintiffs in the New York case and recovery did not appear to be practical. Statutory authority is given the Comptroller General to relieve a disbursing officer of the United States of accountability and responsibility for any deficiency in his official disbursing account where it is found that the payment was not the result of bad faith or lack of due care on the disbursing officer's part. The law also authorizes adjusting the account by charging the appropriation or fund available for the disbursing function at the time the adjustment is effected, absent another appropriation specifically provided therefor. The clerk of the court was relieved of liability for the loss. The fiscal officer's error was in complying with an erroneous court order and she was granted relief. The amount could be restored to the California Federal Court's registry from the appropriation currently available for the operation of the offices of clerks of court.

Exhibit G Federal Acquisition Regulation, Part 28 Bonds and Insurance

Leave to file GRANTED

James E. Boasberg          Date
United States District Judge

United States District Court
For the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001
**Chief and Presiding Judge
James Emanuel Boasberg**

USA

v.

Frank Rocco Giustino

Case #23-cr-16

**For the Record**

Frank Rocco Giustino feels compelled to terminate the services of Evan Flinn Sugar in order to file, on the record, the oath of office of James Emanuel Boasberg, the Chief Judge and Judge presiding over this criminal case. The clerk of court is reminded: *18 USC §2076 and 18 USC §1512(b)*. Upon File Day when this Document is mailed or delivered to a professional process server, Frank Rocco Giustino is *pro se* and therefore, leeway is to be granted regarding form.

Evan Flinn Sugar has already delayed this important filing for over four weeks. It is a simple task to file the oath of office signed by James Emanuel Boasberg into the record of this case. Also, the oath of office for the former Chief Judge, Beryl Alaine Howell, is to be put into the court record. Attached lastly are screenshots positively identifying Evan Flinn Sugar.

Frank Rocco GIUSTINO

Sworn to Before me

Jennifer L Binder
22nd of May 2023

RECEIVED

MAY 24 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

EXHIBIT #

STATE OF NEW YORK
COUNTY OF NASSAU                          SS:
COUNTY CLERK'S OFFICE

    I, MAUREEN O'CONNELL, County Clerk of the County of Nassau, State of New York and also Clerk of the Supreme Court in and for said County and State, the same thing being a Court of Record and having a seal;

DO HEREBY CERTIFY THAT *JENNIFER ANN BINDER*

Whose name is subscribed to the annexed affidavit, deposition, certificate of acknowledgment or proof, was at the time of taking the same a NOTARY PUBLIC in and for the State of New York, duly commissioned and sworn and qualified to act as such throughout the State of New York; that pursuant to law a commission, or a certificate of their official character, and autograph signature, have been filed in my office; that as such Notary Public was duly authorized by the laws of the State of New York to administer oaths and affirmations, to receive and certify the acknowledgment or proof of deeds, mortgages, powers of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in this State, to protest notes and to take and certify affidavits and depositions; and that I am well acquainted with the handwriting of such Notary Public or have compared the signature on the annexed instrument with their autograph signature deposited in my office,

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at MINEOLA, NASSAU COUNTY, NEW YORK on this 22TH Day of MAY, 2023.

*Maureen O'Connell*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
County Clerk

k Giustino
zing Redeemed in Lawful Money purposes.

Statement Period: All Dates          Date of Statement: 05

## nding Transactions (2)

ding transactions may not be the final amount that posts to account.

| TE | DESCRIPTION |
|---|---|
| /2/23 | 79438J NASSAU COUNTY CLERK MINEOLA NYUS |
| /2/23 | 850517 EVO EZPAY LLC MELVILLE NYUS |

# Xpress-pay
### Your Partner in ePayments

Home

### Thank You for your Payment

This is your receipt for payment. A copy is also being sent to you by email.
Please print this receipt and retain it for your records.

Payment date:          5/22/2023 11:27:55 AM          Payment type:   credit
Payer's email:                                        Account:        ************9438
Transaction ID:        64383089955

| Description | Amount | Interest | Total |
|---|---|---|---|
| Nassau County Clerk, State of New York Receiving, 5/22/2023, NOTARY AUTHENTICATION, FRANK R GIUSTINO | $3.00 | $0.00 | $3.00 |

Subtotal:      $3.00
Site fee:      $0.74
Payment total: $3.74

The following charges will appear on your credit card or checking account statement:
$3.00: Nassau County Clerk
$0.74 to EVO eZpay, LLC for the site fee listed above

Privacy and Security · Terms of Use

©2005-2023 Systems East, Inc.
All rights reserved



Nassau County Government Building
## Visitor Pass

# Frank
# Giustino

Monday, 05 22 2023



**U.S. Department of Justice**

Office of Information Policy
*441 G Street, NW*
*Sixth Floor*
*Washington, DC, 20530-0001*

*Telephone: (202) 514-3642*

April 26, 2023

Frank Giustino

Re:   FOIA-2023-00872
      DRH:GMG

Dear Frank Giustino:

This responds to your Freedom of Information Act request dated March 2, 2023, and received in this Office on March 9, 2023, in which you requested a copy of the Oath of Office for Judge James Emanuel Boasberg.

Please be advised that this Office previously processed material concerning the individual named in your letter in response to prior FOIA request. I have determined that this material, totaling one page, is appropriate for release with excisions made pursuant to Exemption 6 of the FOIA, 5 U.S.C. § 552(b)(6), which pertains to information the release of which would constitute a clearly unwarranted invasion of personal privacy. Please be advised that we have considered the foreseeable harm standard when reviewing records and applying FOIA exemptions.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2018). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaison, Valeree Villanueva, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, 441 G Street NW, Sixth Floor, Washington, DC 20530-0001; telephone at 202-514-3642.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with this Office's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C.

-2-

20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Douglas R. Hibbard
Chief, Initial Request Staff

# OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____James Emanuel Boasberg_____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___1st___ day of ___April, 2011___

_____
J Truman Morrison

Actual abode: (b) (6)

Official station*

Date of birth (b) (6)

Date of Entry on Duty ___4/1/11___

---

* Title 28, sec. 456 United States Code as amended.

frank giuffino

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this _____ day

_____



**U.S. Department of Justice**
Office of Information Policy
*441 G Street, NW*
*Sixth Floor*
*Washington, DC, 20530-0001*

*Telephone: (202) 514-3642*

April 21, 2023

Frank Giustino

Re:   FOIA-2022-01789
      DRH:GMG

Dear Frank Giustino:

    This responds to your Freedom of Information Act request dated August 11, 2022, and received in this Office on August 22, 2022, in which you requested copies of the Oaths of Office for Judge Beryl Howell and Magistrate Judge G. Michael Harvey.

    Please be advised that this Office previously processed records concerning one of the individuals named in your letter in response to prior FOIA requests. I have determined that this material, totaling one page, is appropriate for release with excisions made pursuant to Exemption 6 of the FOIA, 5 U.S.C. § 552(b)(6), which pertains to information the release of which would constitute a clearly unwarranted invasion of personal privacy. Please be advised that we have considered the foreseeable harm standard when reviewing records and applying FOIA exemptions.

    Regarding the portion of your request seeking records pertaining to Magistrate Judge Harvey, please be advised that the Office of Legal Policy, for which this Office processes FOIA requests, maintains records pertaining to all sitting federal judges, except magistrate, bankruptcy, Tax Court, Veterans Appeals Court, and military Courts of Appeal judges. The Administrative Office of the United States Courts (AOUSC) maintains the personnel files of all federal judges, including magistrate judges. As the AOUSC is an entity within the judicial branch, it is not subject to the FOIA. Although the policy of the AOUSC is not to release documents to the public, should you wish to contact that entity, its address follows:

        Judges Compensation and Retirement Services Office
        Administrative Office of the United States Courts
        One Columbus Circle, NE
        Washington, DC 20544

    For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2018). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

-2-

You may contact our FOIA Public Liaison, Valeree Villanueva, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, 441 G Street NW, Sixth Floor, Washington, DC 20530-0001; telephone at 202-514-3642.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with this Office's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Douglas R. Hibbard
Chief, Initial Request Staff

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Beryl Alaine Howell _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___21st___

day of ___January, 2011___

_____

Actual abode:            (b) (6)

Official station*        United States District Court for the District of Columbia

Date of birth            (b) (6)

Date of Entry on Duty    January 21, 2011

---

* Title 28, sec. 456 United States Code as amended.

OATH OF OFFICE FOR UNITED STATES JUDGES

NOTICE OF APPEARANCE IN A CRIMINAL CASE

### CLERK'S OFFICE
### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA
### WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

    vs.                           Criminal Number   22-MJ-02

Frank Rocco Giustino
      (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐   CJA        ☐   RETAINED      ☒   FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Evan Sugar
(Attorney & Bar ID Number)

Federal Defenders of New York, Inc.
(Firm Name)

770 Federal Plaza
(Street Address)

Central Islip, NY 11722
(City)      (State)     (Zip)

631-712-6500
(Telephone Number)

New York State Unified Court System

## Attorney Online Services - Search

### Attorney Detail Report *as of 01/25/2023*

| | |
|---|---|
| **Registration Number:** | 4927711 |
| **Name:** | EVAN FLINN SUGAR |
| **Business Name:** | FEDERAL DEFENDERS OF NEW YORK, INC. |
| **Business Address:** | 770 FEDERAL PLZ |
| | CENTRAL ISLIP, NY 11722-4466 |
| | (Suffolk County) |
| **Business Phone:** | (631) 712-6500 |
| **Email:** | |
| **Date Admitted:** | 05/18/2011 |
| **Appellate Division Department of Admission:** | 1st |
| **Law School:** | BENJAMIN N. CARDOZO SCHOOL OF LAW |
| **Registration Status:** | Attorney - Due to Register within 30 Days of Birthday |
| **Next Registration:** | Jan 2023 |

### Disciplinary History

*No record of public discipline*



The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the Appellate Divisions of the Supreme Court in New York is available at www.nycourts.gov/courts.

*Fraudulent/Defective Oath*

# OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

*Refusal For Cause*

I, _____James Emanuel Boasberg_____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as <u>United States District Judge for the District of Columbia</u> under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

*NO!*

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this _1st_ day

of _April, 2011_.

_____
J. Truman Morrison

Actual abode: ████████████ (b) (6)
Official station*
Date of birth ████████████ (b) (6)
Date of Entry on Duty _4/1/11_

* Title 28, sec. 456 United States Code as amended.

**EXHIBIT**

I

Leave to file GRANTED

James E. Boasberg     Date
Chief Judge

| United States District Court<br>For the District of Columbia<br>333 Constitution Avenue N.W.<br>Washington D.C. 20001 | |
| --- | --- |
| USA<br><br>v.<br><br>Frank Rocco Giustino | Case #23-cr-16 |

**Refusal for Cause**
**Rules B(1)(c) and E(4)(f)**

Comes now Frank Rocco of the GIUSTINO family and Redeemed. Title 12 USC §411 allows for "Them", "*They* shall be redeemed..." to make demand and be removed from the national debt Special Drawing Rights (SDR) in the same sense as the original verbiage at Section 16 of the 1913 Federal Reserve Act. Gold is fine white powder. Frank Rocco GIUSTINO, known as Frank Giustino in this Court, has not been arraigned. The speedy trial clock is long spent.

U.S. Reserve Assets (Table 3.12)
Millions of dollars, end of period

*Search "Fed Assets Current" for the latest report.*

Especially notice Footnote 2 and coined definition for SDR is: *The measure of social conditioning to blindly endorse private credit from the local central bank (Federal Reserve).*

RECEIVED

JUN - 5 2023

JUN - 5 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

EXHIBIT

## "Yellen updates US debt default deadline to June 5"

AFP https://insiderpaper.com/author/afp/
May 26, 2023 4:53 pm



Source: YouTube Screenshot

*US Treasury Secretary Janet Yellen warned Friday of a possible US debt default on June 5 if Congress fails to raise the ceiling on borrowing, updating a previous estimate of June 1.*

*"Based on the most recent available data, we now estimate that Treasury will have insufficient resources to satisfy the government's obligations if Congress has not raised or* **suspended**[1] *the debt limit by June 5," she wrote in a letter to the Republican speaker of the House of Representatives, Kevin McCarthy.* (Fit to DOCX for clarity. Emphasis added to "suspended".)

Frank Rocco refuses for cause the two oaths of the alleged judicial officers presiding over this case because they are both deviant in form. Additionally, Evan Flinn SUGAR has been negligent and misleading in many ways. Elaboration in chambers is possible through at least 10 itemized grievances covering 20 pages of documentation. These conversations have been

---

[1]  DC USDC service is scheduled for June 5, 2023; 1133 13th St NW STE C4, Washington, DC 20005 - (202) 459-4760

consistently witnessed by Frank Rocco's family. Evan Flinn SUGAR was technically

unregistered with the State during this period of "plea bargain" - See Doc 36, Page 13 of 13.

Therefore, it is presumed Frank Rocco has no recourse to the alleged bonding from the State as

an insurance company. As demonstrated within the refusals for cause on the face of both the

HOWELL and BOASBERG oaths of office, Frank Rocco has not been arraigned, as it is

impossible for the signing attorneys to explain the nature and cause of the accusation and any

and all explanations are considered poor legal advice, indeed. The deviations in form, from the

form prescribed by Congress, are fraudulent and hereby refused for cause, timely. Frank Rocco

has never been arraigned and therefore the speedy trial clock is spent, by any possible

interpretation, and there are no judicial officers present to preside over the trial. There is no

possibility of sovereign or judicial immunity for alleged judicial officers committing such blatant

fraud.

      Below and fully integrated, please find the oaths, refused for cause.

Frank Rocco GIUSTINO

Redeemed Lawful Money
Pursuant to 12 USC §411
https://uscode.house.gov/

Notary:
Sworn to before me  2nd  of June 2023

JENNIFER ANN BINDER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BI6409838
Qualified in Kings County
Commission Expires March 18, ____

**STATE OF NEW YORK**
**COUNTY OF NASSAU**                          **SS:**
**COUNTY CLERK'S OFFICE**

I, MAUREEN O'CONNELL, County Clerk of the County of Nassau, State of New York and also Clerk of the Supreme Court in and for said County and State, the same thing being a Court of Record and having a seal;

DO HEREBY CERTIFY THAT *JENNIFER ANN BINDER*

Whose name is subscribed to the annexed affidavit, deposition, certificate of acknowledgment or proof, was at the time of taking the same a NOTARY PUBLIC in and for the State of New York, duly commissioned and sworn and qualified to act as such throughout the State of New York; that pursuant to law a commission, or a certificate of their official character, and autograph signature, have been filed in my office; that as such the Notary Public was duly authorized by the laws of the State of New York to administer oaths and affirmations, to receive and certify the acknowledgment or proof of deeds, mortgages, powers of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in this State, to protest notes and to take and certify affidavits and depositions; and that I am well acquainted with the handwriting of such Notary Public or have compared the signature on the annexed instrument with their autograph signature deposited in my office,

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at MINEOLA, NASSAU COUNTY, NEW YORK on this 2ND Day of JUNE, 2023.

Maureen O'Connell
_____
County Clerk

**Bethpage**
Frank Giustino
Checking Redeemed in Lawful Money ******0305

*Transaction History*

| | | Statement Period: All Dates | Date of Statement: 06/02/2023 |
|---|---|---|---|

## Pending Transactions (2)

Pending transactions may not be the final amount that posts to account.

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/02/23 | 794363 NASSAU COUNTY CLERK MINEOLA NYUS | -$3.00 |
| 06/02/23 | 882672 EVO EZPAY LLC MELVILLE NYUS | -$0.74 |



**Your Partner in ePayments**

Home

### Thank You for your Payment

This is your receipt for payment. A copy is also being sent to you by email.
Please print this receipt and retain it for your records.

| Payment date: | 6/2/2023 3:40:14 PM | Payment type: | credit |
|---|---|---|---|
| Payer's email: | | Account: | **************9438 |
| Transaction ID: | 64405067771 | | |

| Description | Amount | Interest | Total |
|---|---|---|---|
| Nassau County Clerk, State of New York Receiving, 6/2/2023, NOTARY AUTHENTICATION, FRANK R GIUSTINO | $3.00 | $0.00 | $3.00 |
| | | Subtotal: | $3.00 |
| | | Site fee: | $0.74 |
| | | Payment total: | $3.74 |

**The following charges will appear on your credit card or checking account statement:**
**$3.00: Nassau County Clerk**
**$0.74 to EVO eZpay, LLC for the site fee listed above**

Privacy and Security . Terms of Use

©2005-2023 Systems East, Inc.
All rights reserved

Official Receipt for Recording in:

Nassau County Clerk
240 Old Country Road
Mineola, NY 11501

Issued To: FRANK R GIUSTINO

NY

Recording Fees

| Filing Type | Number | Vols | Page Time | Recording Amount |
|---|---|---|---|---|
| 219 - NOTARY AUTHENTICATION | | | 03:41:33p | 3.00 |
| 65 Notary Fee DW-JENNIFER ANN BINDER | | | 3.00 | 3.00 |

Collected Amounts
3.00

| Payment Type | Amount |
|---|---|
| Credit Card X-Pay | 64405067771 | 3.00 |

Total Received : 3.00
Less Total Recordings: 3.00

Change Due : .00

Thank You
MAUREEN OCONNELL - County Clerk

By - 601 CKR

Receipt# 2915698   Date 06/02/2023   Time 03:41p

---

Nassau County Government Building
## Visitor Pass

# Frank
# Giustino

Friday, 06 02 2023

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Beryl Alaine Howell _____ do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

No!!

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___21st____

day of _____January, 2011_____

_____

Actual abode:

Official station*          United States District Court for the District of Columbia

Date of birth

Date of Entry on Duty       January 21, 2011

* Title 28, sec. 456 United States Code as amended.

Case 1:23-cr-00016-JEB    Document 39    Filed 06/08/23    Page 7 of 7

Case 1:23-cr-00016-JEB    Document 36    Filed 05/30/23    Page 6 of 13

## OATH OF OFFICE FOR UNITED STATES JUDGES

### (Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ James Emanuel Boasberg _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Columbia under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this _1st_ _____ day of _April, 2011_.

_____
J. Truman Morrison

**Actual abode:**

**Official station***

**Date of birth**

**Date of Entry on Duty** _4/1/11_

---
* Title 28, sec. 456 United States Code as amended.