# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                           No. 21-cr-352 (JEB)
                                                             MOTION TO SATISFY
                                                             IMPARTIALITY
MARC BRU,

        Defendant.

    The Defendant Motions the court for the prosecutor and the Judge to disclose the last 5 years tax records and all other financial data that the defendant may be able to determine to the defendant's satisfaction that no conflict of interest exists that affects the impartiality of the case by the prosecutor and judges consideration of their performance, supplementing the affidavit memorandum of law in support of."

Date: _____         _____
                                                                    Signature

SS>
The United States of America
  On this_____, the Claimant named above, personally appeared before me and acknowledged to me on the basis of satisfactory evidence that he or she executed the same in his or hers stated capacity, and that by his or hers signature on this affidavit is the person or entity upon behalf of which the person signed is a free and voluntary act and deed for the purposes and upon the terms and conditions hereinafter set forth.

Date:                                                                                    _____
By_____
_____, Notary
**Public My Commission** *Expires:* _____