**AFFIDAVIT IN MEMORANDUM OF LAW BY AND THROUGH VIOLATION OF PEREMPTORY NORMS IN SUMMARY OF THE PARTICULAR ISSUE OF THE UNITED STATES FEDERAL COURTS AND ALL CREATURE STATE COURTS IN CORRUPTION AND FRAUDULENT PRACTICES OF FALSE JURISDICTION THROUGH ILLEGAL CONTRACTS AS PROOF WITH THE COURT INVESTMENT REGISTRY SYSTEM.**

This is a comprehensive look at the contract that the U.S Court creates and all creature states operating under the influenced of securities in the purposes of fractional reserve lending in which accumulates a largely defined and misappropriated ill-gotten gain in a racketeering crime perpetuating slavery against the public civilian population as per evidence of the Court Registry Investment System.

A contract is defined that there has to be an offer, acceptance, performance and consideration. All four of these elements must be listed, itemized and particularized for full disclosure in the proper flow and transparency of the contract.

The court registry account is an agency created as an escrow account. A party who wishes to deposit funds while litigation is pending. Litigation applies taking a legal action, so in sense it has converted all courts as in delegating in commerce and every case an investment, and every defendant or respondent, held as the mortgage backed security to the investment.

This evidence is referenced that the case pending or adjudicated must deposit all monies with the Treasurer of the United States in the name and to the credit of the court and by 28 United States Code Subsection 2041 and 28 United States Code Subsection 2045 implies that the an interest bearing account can exist all across the board as which implies the Court Investment Registry System.

Specifically in any rules of procedures, for chain of custody in the capacity held by chain of title, the movant must attach a proposed order directing investment. Investment is gain to increase value and capital. The US court system is not a public service, but a private investment. The movant defines the amount to be invested and the mode as to which and how the contribution shall be made. The IRS has established that all pooled-funds in court inter-pleader cases are court registry accounts are apart of the Disputed Ownership Fund as to the court employees are apart of the benefit of the fund as an inter-pleader by way of service of the financial administration performed for the fund.

title IV, §400, Oct. 1, 1988, , provided: "That any funds hereafter collected by the Judiciary as a charge for services rendered in administering accounts kept in a court's registry shall be deposited into a separate account entitled 'Registry Administration Account' in the Treasury of the United States. Such funds shall remain available to the Judiciary until expended to reimburse any appropriation for the amount paid out of such appropriation for expenses of the Courts of Appeals, District Courts and Other Judicial Services and the Administrative Office of the United States Courts".

The movant in criminal litigation is the prosecutor who signs the bid bond. What is the bid bond? Its the offer of the contract to accept the case and bid the association to administer the investment, which defines the obligations and its terms and conditions of the financial administration for the case. Administration is herein before and after defined as administration in finance or banking.

For the fact that there are obligations existing in order to monetize the securities created by court actions and claim must be made on the performance of the case to be benefited from the fractional reserve lending from these interest bearing accounts in the court registry investment system that is tied to the Disputed Ownership Fund, makes every officer of the court an inter-pleader subjected to Title 28, §41(26) [now 1335, 1397, 2361] (Original jurisdiction of bills of inter-pleader and through the creation of  the bail bond, no funds can be placed in escrow without first obtaining a court order signed by the presiding judge. By this section, the presiding judge is defined with the obligation of administration. This in fact defines the status of the presiding judge as a title, in realistic sense, "a  banker." This evidence as to the prosecutor being signing the bid bond and the judge signing the payment bond to secure the investment can be referenced in the Federal Acquisition Regulation (FAR) Part 28-Bonds and Insurance exhibited G as evidence.

The investment is approved for administration with surety created by the bail bond, the movant then records it with the clerk in its registry. The order signed by the presiding judge creating surety for the bail along with the contract that creates the payment bond, which is the acceptance of the contract for the case pending in litigation. Acknowledgment always reciprocates with acceptance, for comprehension is vital for accurate performance on all obligations, which becomes obvious that the parties enforcing any of these court actions all tied to this interest bearing account by the court investment registry system that converts the status of the defendant or the respondent as to a mortgage backed security as collateral for the investment, are carrying out the performance of the obligated activities as an enforcement arm by military occupation that are plundering and pillaging in a hostile and tyrannical coercion against the public civilian population as defined in the Law of Armed Conflict in the War Manual of the Uniform Code of Military Justice, Chapter 4, Section 23, subsection 1, 2 and 3 exhibit A..

**A judge who has a financial interest in the victim of a crime is not required by Canon 3C(1)(c) to disqualify from the criminal proceeding**, but the judge must do so if the judge's impartiality might reasonably be questioned under Canon 3C(1) or if the judge has an interest that could be substantially affected by impartiality in the case.

In the Code of Conduct for United States Judges, list the definition as a financial interest that effects the impartiality of the case as to which implies the instrumentality system of the United States Court and all creature state courts.

(c) "financial interest" means ownership of a legal or equitable interest, however small, or a relationship as director, advisor, or other active participant in the affairs of a party, except that:

(i) ownership in a mutual or common investment fund that holds securities is not a "financial interest" in such securities unless the judge participates in the management of the fund;

This is how the system created the loophole to manipulate the claim for impartiality that produces corruption as that by procedure it is not the judge who manages the fund, the judge just benefits from it by fulfilling the obligations of fiduciary in the surety of the case assuring the performance of the surety is carries out. The agency named the Registry Monitoring Group created by the trust institution named the Director of the Administrative Office of the United States Courts manages the fund. The judge just gets a large payout which suffices in all logic and truth that cannot be rebutted, is in fact, in no way or form impartiality but in complete violation thereof
.
(ii) an office in an educational, religious, charitable, fraternal, or civic organization is not a "financial interest" in securities held by the organization;-

American Judges Association, Idaho Judges Association, Federal Judges Association, Colorado Municipal Judges Association, Illinois Judges Association are just a few example of the many  that can have a monopoly of the court and jail system in which create securities in which that effects the impartiality of every single case.

(iii) the proprietary interest of a policyholder in a mutual insurance company, or a depositor in a mutual savings association, or a similar proprietary interest, is a "financial interest" in the organization only if the outcome of the proceeding could substantially affect the value of the interest;

The judicial bonds created by the courts, in its subject matter jurisdiction, is not defined as a financial interest unless the outcome of the case by the judges performance affects the security, not specifically the defendants and plaintiffs rights, which is another loophole to invest the case monetarily and is in fact a violation of the impartiality of the case. Its not a financial investment unless it becomes a liability to the investors.

(iv) ownership of government securities is a "financial interest" in the issuer only if the outcome of the proceeding could substantially affect the value of the securities;

Investing in military operations which is being used against the public is in fact a violation of the impartiality to every case.

By a court order, the surety created for the bond that secured the monetary administration, can direct the funds from the principle into an interest-bearing account on the accepted investment of the monetary administration of the offer from the bid to contract. This is the escrow account as to which is created for the principle to bear interest, that the mortgage backed security who is held with the liability of securing, is held as collateral for the investment. The procedure for criminal procedures can be referenced in Federal Rules of Criminal Procedure in the interest bearing account system through the forfeiture system, as was first organized under the Organized Crime Control Act of 1970 following the Patriot Act within it drug enforcement act, herein exhibited C, D and E.

This escrow account with the features of interest-bearing funds, has procedures which are referenced in federal rules of civil procedure, and under 28 United States Code Subsection 2045 which indicates these rules and procedures apply to both civil and criminal court actions. 28 U.S. Code Subsection, the CRIS system, its procedures in title for the name Court Registry Investment System, indicates that maturities directed in this interest bearing account defines the public securities, which is the obligator that is liable to secure the principle, the collateral for the mortgage backed security.

This summarizes what is being explained thus-far
1. That there is a principle.
2. The principle is decided in the beginning of litigation if litigation is pending and to be deposited.
3. An escrow account is opened.
4. The mortgage backed security is obligated with the principle which is the collateral of the account.
5. There is an investment to be made for the performance of the financial administration of the case.
6. The investment can bare interest that perpetuates endless monetary capital.

In short, the defendant or respondent is held obligator, as collateral which creates the mortgage backed security, is the definition of investment for the federal government, all creature states, and all court employees. Defined in reality as private investment, not public service, all forcing the collateral to be obligated for the investment security under duress of violence or lethal force.

When the petitioner is any of the creature states or the federal United States District Court or any of its subsidiaries, in a criminal action, are the disputers to acquire the ownership of the funds as consideration for performing the obligations of administration through the Disputed Ownership Fund and within its terms and conditions and prerequisites for tax administration and all tax liabilities.

The Director of the Administrative Office of the United States Courts, a name in title, is the trust institution with the created agency named the Registry Monitoring Group to manage with the custody of the comprehensive investment in both principle and interest of each individual case. The funds in the CRIS system is still subject to the custody and control to the jurisdiction of the court, while litigation is still pending, which means a performance bond needs signed for the performance of the case that is pending in litigation. This can be reference in the publication for Registry Funds Loss Exhibited F.

All funds that are pooled in the CRIS system are deposited with the Treasury of the United States and used for purchasing Government Account Series securities, which are used to fund military operations, which means these funds from the investments of these creature state courts, the United States District Court and all of it's subsidiaries are directly and militarily attacking the American public, civilian population as in evidence as exhibited on page, exhibit C on page 7.

The account established in the CRIS liquidity fund title in the name is the case number, the case name, and the defined consideration of each case with its chain of title, bears interest from it's chain of custody. The investment from each case in principle and interest, recorded within it's features.

Its procedure of how each investment pro rata share, by the interest that accumulated as chain of custody by and through each individual chain of title, defined by it's name and case number, shall be disbursed and made payable to all litigants and counsel, which means that the prosecutor signs the bid bond, the administrator whom is the judge signs the payment bond, and either the public defender or the attorney appointed or hired for the case, signs the performance bond as to which is required for performance of the investment. All payee's that have accepted payment through the Disputed Ownership Fund, have all funds made available by and through FedInvest/CMS application, after all fees, dues and taxes are taken out to pay the trust institution for the management created by the agency named the Registry Monitoring Group and the administrators in the IRS and all other investors. The litigants and counsel also have the opportunity to invest the investment further.

The custodian which is the agency created from the trust institution, is allowed payment, and to deduct before all else, the custodian which is the agency created by the trust institution deducts all payment for the fee schedule of each individual case and all tax liabilities to the IRS before making the funds available in the Disputed Ownership Fund and other federal and state taxes. The funds must, by procedure, be deducted before it's pro rata share distribution to each individual case.

The created record by the movant to claim consideration by mode of the performance implied in the contract as to the bid bond, payment bond, or performance bond and the prerequisites a payee, either litigant or counsel, must file with the court clerk in it's registry for all recording purposes and tax liabilities and private union fees and dues. The custodian, which is the agency created to manage the control of the investments of both principle and interest, named the Registry Monitoring Group, by the trust institution named the Director of the Administrative Office of the United States Courts, by procedure, define how the pro rata shares of the interest will have its disbursements.

In conclusion, there is no justice system, it's all smoke and mirrors, a dog and pony show, a racketeering money scam attacking the American civilian populace.

I,_____, (claimant) of the age of majority, of sound mind, competent in the claim being made in this affidavit, make this complaint as a redress of grievance, of being forced under duress of being murdered, harmed, or inconvenienced through intimidation by this court_____,  into the CRIS system, it's DOF fund, or any of it's other instrument in obtaining securities, and the claimant makes this complaint under the penalties of perjury.

Title: **AFFIDAVIT IN MEMORANDUM OF LAW BY AND THROUGH VIOLATION OF PEREMPTORY NORMS IN SUMMARY OF THE PARTICULAR ISSUE OF THE UNITED STATES FEDERAL COURTS AND ALL CREATURE STATE COURTS IN CORRUPTION AND FRAUDULENT PRACTICES OF FALSE JURISDICTION THROUGH ILLEGAL CONTRACTS AS PROOF WITH THE COURT INVESTMENT REGISTRY SYSTEM.**

**CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC**

}SS:

The United States of America)

On  this_____,  the  Claimant  named  above,  personally  appeared  before  me  and acknowledged to me on the basis of satisfactory evidence that he or she executed the same in his or hers stated capacity, and that by his or hers signature on this affidavit is the person or entity upon behalf of which the person signed is a free and voluntary act and deed for the purposes and upon the terms and conditions hereinafter set forth.

**Date: _____**

  **By_____**
  **_____, Notary**

**Public**
**My Commission** *Expires:* _____

Exhibit A and Exhibit B

4.23 LAW ENFORCEMENT OFFICERS

In general, police officers receive the rights, duties, and liabilities of civilian status.[46] However, law enforcement agencies are in many respects similar to military forces. They are authorized to use necessary force on behalf of the State, are generally distinguishable from private citizens, and are often organized like military forces. In cases where States choose to police officers as part of the armed forces, they receive the rights, duties, and liabilities of combatant status.[46]

4.23.1 Police as Civilians. In general, members of law enforcement agencies have civilian status.[464] Furthermore, routine domestic law enforcement is part of the general protection of the civilian population and does not constitute "taking a direct part in hostilities

that would deprive police officers of their protection from being made the object of attack.[46]

4.23.2 Police With a Military Role. Some States use police forces in a paramilitary capacity or use military forces in a police role. Members of the armed forces engaged in poli roles are combatants.

The extent to which police officers are treated as combatants largely depends on whe the State decides to use them in that capacity. States may decide to make law enforcement agencies part of their armed forces.[466] Members of these law enforcement agencies, like oth members of those armed forces, receive combatant status by virtue of their membership in th armed forces.[467] In addition, States may authorize members of the law enforcement agencie accompany their armed forces without incorporating them into their armed forces. These persons have the legal status of persons authorized to accompany the armed forces.[468]

4.23.3 Police in Non-International Armed Conflict. Police officers may play a larger in armed conflicts between States and insurgent or terrorist groups because in such conflicts State may treat all enemy persons' participation in hostilities as criminal.[469]

## What are government account securities? ∧

Key Takeaways. Government securities are government debt issuances used to fund daily operations, and special infrastructure and military projects. They guarantee the full repayment of invested principal at the maturity of the security and often pay periodic coupon or interest payments.


Investopedia
https://www.investopedia.com › ... › Treasury Bonds

## What Is a Government Security? T-Bills, T-Bonds, and More

Exhibits C, D and E

### NOTES OF ADVISORY COMMITTEE ON RULES—1972 AMENDMENT

Subdivision (c)(2) is new. It is intended to provide procedural implementation of the recently enacted criminal forfeiture provision of the Organized Crime Control Act of 1970, Title IX, §1963, and the Comprehensive Drug Abuse Prevention and Control Act of 1970, Title II, §408(a)(2).

The Congress viewed the provisions of the Organized Crime Control Act of 1970 as reestablishing a limited common law criminal forfeiture. S. Rep. No. 91–617, 91st Cong., 1st Sess. 79–80 (1969). The legislative history of the Comprehensive Drug Abuse Prevention and Control Act of 1970 indicates a congressional purpose to have similar procedures apply to the forfeiture of profits or interests under that act. H. Rep. No. 91–1444 (part I), 91st Cong., 2d Sess. 81–85 (1970).

Under the common law, in a criminal forfeiture proceeding the defendant was apparently entitled to notice, trial, and a special jury finding on the factual issues surrounding the declaration of forfeiture which followed his criminal conviction. Subdivision (c)(2) provides for notice. Changes in rules 31 and 32 provide for a special jury finding and for a judgment authorizing the Attorney General to seize the interest or property forfeited.



*Note to Subdivision (g).* This rule is a restatement of existing law and practice. It is based in part on 18 U.S.C. 599 [now 3142] (Surrender by bail).

### NOTES OF ADVISORY COMMITTEE ON RULES—1966 AMENDMENT

Subdivision (c).—The more inclusive word "terms" is substituted for "amount" in view of the amendment to subdivision (d) authorizing releases without security on such conditions as are necessary to insure the appearance of the defendant. The phrase added at the end of this subdivision is designed to encourage commissioners and judges to set the terms of bail so as to eliminate unnecessary detention. See *Stack v. Boyle*, 342 U.S. 1 (1951); *Bandy v. United States*, 81 S.Ct. 197 (1960); *Bandy v. United States*, 82 S.Ct. 11 (1961); *Carbo v. United States*, 82 S.Ct. 662 (1962); review den. 369 U.S. 868 (1962).

Subdivision (d).—The amendments are designed to make possible (and to encourage) the release on bail of a greater percentage of indigent defendants than now are released. To the extent that other considerations make it reasonably likely that the defendant will appear it is both good practice and good economics to release him on bail even though he cannot arrange for cash or bonds in even small amounts. In fact it has been suggested that it may be a denial of constitutional rights to hold indigent prisoners in custody for no other reason than their inability to raise the money for a bond. *Bandy v. United States*, 81 S.Ct. 197 (1960).

The first change authorizes the acceptance as security of a deposit of cash or government securities in an amount less than the face amount of the bond. Since a defendant typically purchases a bail bond for a cash payment of a certain percentage of the face of the bond, a direct deposit with the court of that amount (returnable to the defendant upon his appearance) will often be equally adequate as a deterrent to flight. Cf. Ill.CodeCrim.Proc. §110–7 (1963).

The second change authorizes the release of the defendant without financial security on his written agreement to appear when other deterrents appear reasonably adequate. See the discussion of such deterrents in *Bandy v. United States*, 81 S.Ct. 197 (1960). It also permits the imposition of nonfinancial conditions as the price of dispensing with security for the bond. Such conditions are commonly used in England. Devin, The Criminal Prosecution in England, 89 (1958). See the suggestion in Note, Bail: An Ancient Practice Reexamined, 70 Yale L.J. 966, 975 (1961) that such conditions "* * * might include release in custody of a third party, such as the accused's employer, minister, attorney, or a private organization; release subject to a duty to report periodically to the court or other public official; or even release subject to a duty to return to jail each night." Willful failure to appear after forfeiture of bail is a separate criminal offense and hence an added deterrent to flight. 18 U.S.C. §3146.

For full discussion and general approval of the changes made here see Report of the Attorney General's Committee on Poverty and the Administration of Criminal Justice 58–89 (1963).

Page 8

```
                    (2) Protective orders.--Section 413(e) of the Controlled
               Substances Act (21 U.S.C. 853(e)) is amended by adding at the
               end the following:
                    ``(4) Order to repatriate and deposit.--
                         ``(A) In general.--Pursuant to its authority to
                    enter a pretrial restraining order under this section,
                    the court may order a defendant to repatriate any
                    property that may be seized and forfeited, and to
                    deposit that property pending trial in the registry of
                    the court, or with the United States Marshals Service or
                    the Secretary of the Treasury, in an interest-bearing
                    account, if appropriate.
                         ``(B) Failure to comply.--Failure to comply with an
                    order under this subsection, or an order to repatriate
                    property under subsection (p), shall be punishable as a
                    civil

          [15 STAT. 315]]

                    or criminal contempt of court, and may also result in an
               enhancement of the sentence of the defendant under the
               obstruction of justice provision of the Federal
               Sentencing Guidelines.''.
```

Exhibit F Registry Funds Loss



## Highlights

The Administrative Office of the U.S. Courts asked whether appropriated funds were available to restore losses in the registry funds of the U.S. courts, the proper statutory authority for such restorations, and whether an erroneous transfer of money from the registry of the U.S. District Court of California to the U.S. District Court of New York could be restored. The director of the Office requested relief for the clerk and fiscal officer. He concluded that the erroneous transfer occurred while they were acting in their official capacities and that the loss was not a result of their acting in bad faith or due to a lack of care since the California Federal Court had ordered them to make the transfers. The improper transfer occurred in a securities fraud case in which five defendants were ordered to deposit funds with the California Federal Court. Four of the defendants who had deposited monies entered into a stipulation providing that the monies and interest deposited in the California Federal Court registry be distributed to two classes of plaintiffs in a case before the New York Federal Court. The stipulation referred to the funds to be transferred as the California funds. All of the funds were sent to the Clerk of the New York Federal Court in accordance with the stipulation. When the error in disbursement became manifest it was immediately reported. All of the funds had been distributed to the plaintiffs in the New York case and recovery did not appear to be practical. Statutory authority is given the Comptroller General to relieve a disbursing officer of the United States of accountability and responsibility for any deficiency in his official disbursing account where it is found that the payment was not the result of bad faith or lack of due care on the disbursing officer's part. The law also authorizes adjusting the account by charging the appropriation or fund available for the disbursing function at the time the adjustment is effected, absent another appropriation specifcally provided therefor. The clerk of the court was relieved of liability for the loss. The fiscal officer's error was in complying with an erroneous court order and she was granted relief. The amount could be restored to the California Federal Court's registry from the appropriation currently available for the operation of the offices of clerks of court.

Exhibit G Federal Acquisition Regulation, Part 28 Bonds and Insurance