**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:21-CR-352 (JEB)** |
| | : | |
| **MARC BRU,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF DEFENDANT'S CONCERNING PRE-SENTENCING STATEMENTS

As detailed in the government's sentencing memorandum, defendant Marc Bru frequently calls into the "Freedom Corner," a nightly vigil for detained January 6 defendants outside of the D.C. Jail. *See* ECF No. 92 at 18–21. The government writes to alert the Court to Bru's recent concerning statements regarding his January 24, 2024 sentencing hearing before this Court. Bru made all of the below statements in the time since the government filed its sentencing memorandum, *id.*

Last night, on January 23, 2024, Bru called into the Freedom Corner. Bru first informed his listeners that he had filed a motion demanding the Honorable James E. Boasberg and the undersigned lead prosecutor disclose the last five years of their tax records so that he could expose their alleged financial conflicts.[1] *See* ECF No. 95-1. Bru warned that "if they refuse, if they go on with sentencing, then I'm going to turn to the Marshals and command them to arrest the Judge and the prosecutor for human trafficking." Later in the same call, Bru—again referring to his sentencing hearing—remarked that "tomorrow's going to be interesting . . . I believe it'll be very exciting for those who attend. I'll try to put on a good show. Hope the tickets are worth the price . . .

---

[1] Freedom Corner Live Stream at 1:06:30 (Jan. 23, 2024), available at:
 https://www.youtube.com/live/kBRDkrKbHtE?si=e_0FY6rZ4OTgSiP4.

we'll see."[2] Based on Bru's statements, the government believes that Bru intends to disrupt the sentencing hearing—by words, actions, or both—and thought it prudent to warn the Court.

This is not the first time that Bru has made disquieting statements in a Freedom Corner call since the government filed its sentencing memorandum. In the interest of space, the government will not detail them all here, but Bru made one particularly alarming comment just one evening earlier. On January 22, 2024, Bru called in to the Freedom Corner vigil and informed the listeners that he had sent Speaker of the House Mike Johnson and former President Donald Trump his "affidavit" accusing this Court of financial crimes and human trafficking.[3]  He then warned that if the Speaker and former President "don't fucking pull the trigger in a very short amount of time, I will make sure to start a nationwide prison protest. I am done." *Id.* Given Bru's heated, elevated tone and Bru's crimes on January 6, the government believes that this was a threat to start a prison *riot*, not a peaceful protest. Again, the government thought it prudent to warn the Court, not to mention the U.S. Marshals and the Bureau of Prisons.

.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Michael M. Gordon*
MICHAEL M. GORDON
Senior Trial Counsel
Capitol Siege Section
Assistant United States Attorney
Florida Bar No. 1026025
400 N. Tampa St., Suite 3200

---

[2] *Id.* at 1:12:40.
[3] Freedom Corner Live Stream at 1:20:00 (Jan. 22, 2024), available at:
 https://www.youtube.com/watch?v=RW61A0snU6g.

Tampa, Florida 33606
michael.gordon3@usdoj.gov
(813) 274-6370

*/s/ Madison H. Mumma*
MADISON H. MUMMA
Trial Attorney
N.C. Bar No. 56546
1301 New York Ave. NW
Washington, D.C. 20530
madison.mumma@usdoj.gov
(202) 913-4794

3