**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-CR-352 (JEB) |
| : | |
| MARC BRU, : | |
| : | |
| Defendant. : | |

**MOTION TO DISMISS ORIGINAL INDICTMENT, ECF NO. 12**

The defendant was convicted at trial, *see* Minute Entry 10/3/2023, of all counts charged in the superseding indictment, ECF No. 31, and has been sentenced for those crimes, *see* Minute Entry 1/24/2024.

Accordingly, the government moves this Court to dismiss the underlying original indictment, ECF No. 12, because it is now either a legal nullity or superfluous.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By:   */s/ Michael M. Gordon*
       MICHAEL M. GORDON
       Senior Trial Counsel
       Capitol Siege Section
       Assistant United States Attorney
       Florida Bar No. 1026025
       400 N. Tampa St., Suite 3200
       Tampa, Florida 33606
       michael.gordon3@usdoj.gov
       (813) 274-6370

       */s/ Madison H. Mumma*
       MADISON H. MUMMA
       Trial Attorney
       N.C. Bar No. 56546
       1301 New York Ave. NW

Washington, D.C. 20530
madison.mumma@usdoj.gov
(202) 913-4794