# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 1:21-cr-00352-JEB |
| ) | |
| MARC BRU ) | |

## NOTICE OF APPEAL

Name and address of appellant:  MARC ANTHONY BRU, No. DC 386519
CORRECTIONAL TREATMENT FACILITY
1901 E ST. SE
WASHINGTON, DC 2003

Name and address of appellant's attorney:  BEN W. MUSE, Assistant Federal Defender
Federal Defender-District of Alaska
188 W. Northern Lights Blvd., Ste. 700
Anchorage, AK 99503
benjamin_muse@fd.org  - 907-646-3400

Offense:  18:1752a1; 18:1752as; 40:5104e2B; 40:5104e2D; 40:5104e2G; 18:231a3; 18:1512c2

Concise statement of judgment or order, giving date, and any sentence:

Judgment, dated January 25, 2024 (Doc. 98). 72 month sentence imposed.

Name and institution where now confined, if not on bail:  Correctional Treatment Facility

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| February 7, 2024 | s/ Marc Anthony Bru |
|---|---|
| DATE | APPELLANT |
| | s/ Ben W. Muse |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE  [✔]
PAID USDC FEE  [ ]
PAID USCA FEE  [ ]

Does counsel wish to appear on appeal?           YES [✔]   NO [ ]
Has counsel ordered transcripts?                 YES [ ]   NO [x]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]   NO [x]