APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00352−JEB</u>−1

Case title: USA v. BRU

Magistrate judge case number: 1:21−mj−00290−GMH

Date Filed: 05/12/2021

Assigned to: Chief Judge James
E. Boasberg

**<u>Defendant (1)</u>**

| | |
|---|---|
| **MARC BRU** | represented by **Benjamin W. Muse** |

FEDERAL DEFENDER−DISTRICT OF ALASKA
188 W. Northern Lights Boulevard
Suite 700
Anchorage, AK 99503
907−646−3407
Email: <u>benjamin_muse@fd.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender*
*Appointment*

**Gregory Geist**
FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue
Suite 700
Seattle, WA 98101
206−553−1100
Email: <u>gregory_geist@fd.org</u>
*TERMINATED: 03/10/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender*
*Appointment*

**Jose Alejandro German**
FEDERAL PUBLIC DEFENDER FOR THE
DISTRICT OF COLUMBIA
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208−7500 ext 133
Fax: (202) 208−7515
Email: <u>jose_german@fd.org</u>

*TERMINATED: 03/03/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender*
*Appointment*

**Mohammad Ali Hamoudi**
STRITMATTER KESSLER KOEHLER MOORE
3600 15th Avenue West
Suite 300
Seattle, WA 98119
206–448–1777
Fax: 206–728–2131
Email: mo@stritmatter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender*
*Appointment*

**Christian Enrique Izaguirre**
FEDERAL PUBLIC DEFENDER OFFICE
1331 Broadway
Suite 400
Tacoma, WA 98402
253–593–6710
Email: christian_izaguirre@fd.org
*TERMINATED: 06/16/2022*
*Designation: Public Defender or Community Defender*
*Appointment*

**Christopher Sanders**
FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue
Suite 700
Seattle, WA 98101
206–553–1100
Email: christopher.sanders@pacificalawgroup.com
*TERMINATED: 06/16/2022*
*Designation: Public Defender or Community Defender*
*Appointment*

| Pending Counts | Disposition |
| --- | --- |
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds (1) | DISMISSED ON MOTION FILED BY THE GOVERNMENT. |
| 18 U.S.C. 1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering | 1/24/2024.....Defendant sentenced to twelve (12) months incarceration to run concurrent with count 2s and consecutive to counts 6s–7s, followed by one (1) |

and Remaining in a Restricted Building or Grounds
(1s)

year Supervised Release to run concurrent with counts 2s–7s, a $25 Special Assessment, a $7946 Fine, and Restitution totaling $2000. 10/3/2023.....GUILTY VERDICT RENDERED.

18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds
(2)

DISMISSED ON MOTION FILED BY THE GOVERNMENT.

18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds
(2s)

1/24/2024.....Defendant sentenced to twelve (12) months incarceration to run concurrent with count 1s and consecutive to counts 6s–7s, followed by one (1) year Supervised Release to run concurrent with counts 1s, 3s–7s, a $25 Special Assessment, a $7946 Fine, and Restitution totaling $2000. 10/3/2023.....GUILTY VERDICT RENDERED.

40:5104(e)(2)(B); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Entering and Remaining in the Gallery of Congress
(3)

DISMISSED ON MOTION FILED BY THE GOVERNMENT.

40 U.S.C. 5104(e)(2)(B); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Entering and Remaining in the Gallery of Congress
(3s)

1/24/2024.....Defendant sentenced to six (6) months incarceration to run concurrent with counts 1s–2s and 4s–7s , followed by a $10 Special Assessment, a $7946 Fine, and Restitution totaling $2000. 10/3/2023.....GUILTY VERDICT RENDERED.

40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building
(4)

DISMISSED ON MOTION FILED BY THE GOVERNMENT.

40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building
(4s)

1/24/2024.....Defendant sentenced to six (6) months incarceration to run concurrent with counts 1s–3s and 5s–7s , followed by a $10 Special Assessment, a $7946 Fine, and Restitution totaling $2000. 10/3/2023.....GUILTY VERDICT RENDERED.

40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a

DISMISSED ON MOTION FILED BY THE GOVERNMENT.

3

Capitol Building
(5)

| | |
|---|---|
| 40 U.S.C. 5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building (5s) | 1/24/2024.....Defendant sentenced to six (6) months incarceration to run concurrent with counts 1s–4s and 6s–7s , followed by a $10 Special Assessment, a $7946 Fine, and Restitution totaling $2000. 10/3/2023.....GUILTY VERDICT RENDERED. |
| 18:231(a)(3); CIVIL DISORDER; Civil Disorder (6) | DISMISSED ON MOTION FILED BY THE GOVERNMENT. |
| 18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder (6s) | 1/24/2024.....Defendant sentenced to sixty (60) months incarceration to run concurrent with count 7s and consecutive to counts 1s–2s , followed by three (3) years Supervised Release to run concurrent with counts 1s–5s and 7s, a $100 Special Assessment, a $7946 Fine, and Restitution totaling $2000. 10/3/2023.....GUILTY VERDICT RENDERED. |
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (7) | DISMISSED ON MOTION FILED BY THE GOVERNMENT. |
| 18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (7s) | 1/24/2024.....Defendant sentenced to sixty (60) months incarceration to run concurrent with count 6s and consecutive to counts 1s–2s , followed by three (3) years Supervised Release to run concurrent with counts 1s–5s and 7s, a $100 Special Assessment, a $7946 Fine, and Restitution totaling $2000. 10/3/2023.....GUILTY VERDICT RENDERED. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

COMPLAINT in Violation of
18:1752(a)(1), 18:1752(a)(2),
40:5104 (e)(2)(B),(e)(2)(D), and
(e)(2)(G), 18:231(a)(3) and
18:1512(c)(2)

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Madison Mumma**<br>DOJ–OSC<br>United States Attorney's Office<br>1301 New York Avenue NW<br>Suite 1000<br>Washington, DC 20530<br>202–913–4794<br>Email: madison.mumma@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney*<br><br>**Michael Matthew Gordon**<br>DOJ–USAO<br>Criminal Division, Violent Crimes and<br>Narcotics Section<br>400 North Tampa Street<br>Suite 3200<br>Tampa, FL 33602<br>(813) 274–6370<br>Email: michael.gordon3@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney*<br><br>**William Kennelly Dreher**<br>U.S. ATTORNEY'S OFFICE<br>700 Stewart Street<br>Suite 5220<br>Seattle, WA 98101<br>(202) 553–4579<br>Email: william.dreher@usdoj.gov<br>*TERMINATED: 04/01/2022*<br>*Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2021 | 1 | SEALED COMPLAINT as to MARC ANTHONY BRU (1). (Attachments: # 1 Statement of Facts) (bb) [1:21–mj–00290–GMH] (Entered: 03/09/2021) |
| 03/09/2021 | 3 | MOTION to Seal Case by USA as to MARC ANTHONY BRU. (Attachments: # 1 Text of Proposed Order)(bb) [1:21–mj–00290–GMH] (Entered: 03/09/2021) |
| 03/09/2021 | 4 | |

| | | |
|---|---|---|
| | | ORDER granting 3 Motion to Seal Case as to MARC ANTHONY BRU (1). Signed by Magistrate Judge G. Michael Harvey on 3/9/2021. (bb) [1:21−mj−00290−GMH] (Entered: 03/09/2021) |
| 03/30/2021 | 5 | Arrest Warrant Returned Executed on 3/30/2021 in Vancouver, WA as to MARC ANTHONY BRU. (bb) [1:21−mj−00290−GMH] (Entered: 03/31/2021) |
| 03/30/2021 | | Case unsealed as to MARC ANTHONY BRU (bb) [1:21−mj−00290−GMH] (Entered: 03/31/2021) |
| 03/30/2021 | | Arrest of MARC ANTHONY BRU (1) in Western District of Washington. (zpt) [1:21−mj−00290−GMH] (Entered: 04/09/2021) |
| 04/09/2021 | | ORAL MOTION to Appoint Counsel by MARC ANTHONY BRU (1). (zpt) [1:21−mj−00290−GMH] (Entered: 04/09/2021) |
| 04/09/2021 | | ORAL MOTION for Speedy Trial Waiver by USA as to MARC ANTHONY BRU (1). (zpt) [1:21−mj−00290−GMH] (Entered: 04/09/2021) |
| 04/09/2021 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC Initial Appearance/Detention Hearing as to MARC ANTHONY BRU (1) held on 4/9/2021. Oral Motion to Appoint Counsel by MARC ANTHONY BRU (1) Heard and Granted. Government does not seek the Defendant's pretrial detention. Oral Motion by the Government for Speedy Trial Waiver as to MARC ANTHONY BRU (1) Heard and Granted. Time between 4/9/2021 and 6/7/2021 (59 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of justice X−T. Preliminary Hearing set for 6/7/2021 at 01:00 PM in Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendant Placed on Personal Recognizance; Court Reporter: FTR−Gold FTR Time Frame: CTRM 6 [1:19:42−1:37:32], [1:42:05−1:50:08]; Defense Attorney: Jose German; US Attorney: Jacob Steiner for William Dreher; Pretrial Officer: Christine Schuck; (zpt) [1:21−mj−00290−GMH] (Entered: 04/09/2021) |
| 04/09/2021 | | MINUTE ORDER as to MARC ANTHONY BRU (1). As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge G. Michael Harvey on 4/9/2021. (zpt) [1:21−mj−00290−GMH] (Entered: 04/09/2021) |
| 04/12/2021 | 7 | ORDER Setting Conditions for High Intensity Supervision Program as to MARC ANTHONY BRU (1) Personal Recognizance. Signed by Magistrate Judge G. Michael Harvey on 4/12/2021. (Attachments: # 1 Appearance Bond) (zpt) [1:21−mj−00290−GMH] (Entered: 04/12/2021) |
| 04/26/2021 | 8 | MOTION for Disclosure *of Rule 6(e) and Sealed Materials* by USA as to MARC ANTHONY BRU. (Attachments: # 1 Text of Proposed Order)(Dreher, William) [1:21−mj−00290−GMH] (Entered: 04/26/2021) |
| 04/26/2021 | 9 | MOTION for Protective Order by USA as to MARC ANTHONY BRU. (Attachments: # 1 Text of Proposed Order, # 2 Affidavit Attachment A)(Dreher, William) [1:21−mj−00290−GMH] (Entered: 04/26/2021) |
| 04/26/2021 | | MINUTE ORDER (paperless) as to MARC ANTHONY BRU GRANTING the government's 8 Motion for an Order to Disclose Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials and AUTHORIZING the government, |

| | | |
|---|---|---|
| | | pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), to provide to defendant, and any co–defendants who may later be joined, materials protected by Federal Rule of Criminal Procedure 6(e), insofar as such disclosure is necessary for the government to comply with its discovery and disclosure obligations. Signed by Chief Judge Beryl A. Howell on April 26, 2021. (lcbah1) [1:21–mj–00290–GMH] (Entered: 04/26/2021) |
| 04/27/2021 | | MINUTE ORDER as to MARC ANTHONY BRU (1). Upon review of the United States' Motion for Protective Order 9 , it is hereby ORDERED that counsel for Defendant provide the defenses position on the Motion 9 by 5:00 p.m. on Thursday, April 29, 2021. Signed by Magistrate Judge G. Michael Harvey on 4/27/2021. (zpt) [1:21–mj–00290–GMH] (Entered: 04/28/2021) |
| 04/29/2021 | 10 | NOTICE by MARC ANTHONY BRU (German, Jose) [1:21–mj–00290–GMH] (Entered: 04/29/2021) |
| 05/05/2021 | 11 | PROTECTIVE ORDER setting forth procedures for handling confidential material; allowing designated material to be filed under seal as to MARC ANTHONY BRU (1). The parties' attention is directed to the edits that the Court has made to paragraph 4(d) of the Proposed Order. Signed by Magistrate Judge G. Michael Harvey on 5/5/2021. (zpt) [1:21–mj–00290–GMH] (Entered: 05/06/2021) |
| 05/12/2021 | 12 | INDICTMENT as to MARC BRU (1) count(s) 1, 2, 3, 4, 5, 6, 7. (zstd) (Entered: 05/14/2021) |
| 05/25/2021 | | MINUTE ORDER as to MARC BRU (1): After discussions with the parties, the Court ORDERS an Arraignment/Status Conference is set for 6/4/2021 at 3:30 PM before Judge James E. Boasberg. The hearing will proceed by video conference for the parties and by telephone for members of the public. Pursuant to Standing Order 20–20 (BAH), the Court will provide public access to the hearing. It is hereby ORDERED that the participants using the public access telephone line shall adhere to the rules set forth in Standing Order 20–20 (BAH), available on the Court's website. Toll Free Number: 866–434–5269; Access Code: 2989848. So ORDERED by Judge James E. Boasberg on 5/25/21. (nbn) Modified to amend time on 5/27/2021 (znbn). (Entered: 05/25/2021) |
| 05/25/2021 | | MINUTE ORDER as to MARC BRU (1): Pursuant to the Due Process Protections Act, the Court ORDERS that all government counsel shall review their disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. So ORDERED by Judge James E. Boasberg on 5/25/2021. (nbn) (Entered: 05/25/2021) |
| 05/28/2021 | | NOTICE OF COURTROOM CHANGE in case as to MARC BRU (1) Arraignment is now set for 6/4/2021 at 03:30 PM in Telephonic/VTC before Judge James E. Boasberg. (nbn) (Entered: 05/28/2021) |
| 06/03/2021 | 14 | MOTION to Continue *and Exclude Time under the Speedy Trial Act* by USA as to MARC BRU. (Attachments: # 1 Text of Proposed Order)(Dreher, William) (Entered: 06/03/2021) |
| 06/03/2021 | 15 | MOTION to Exclude Time Under The Speedy Trial Act by USA as to MARC BRU. (See docket entry 14 to view document). (zstd) (Entered: 06/06/2021) |

| 06/04/2021 | | Minute Entry for proceedings held before Judge James E. Boasberg: Status Conference as to MARC BRU (1) held on 6/4/2021. Oral motion by the defense to "Modify Conditions of Release", HEARD and GRANTED. The Court ORDERS that the defendant is no longer under HOME CONFINEMENT. The Court FURTHER ORDERS curfew from 10PM to 6AM. The Court finds that the period from June 4, 2021 through August 4, 2021, inclusive, is excluded from the Speedy Trial calculation in the Interest of Justice (XT). Excludable started as to MARC BRU (1). Status Conference set for 8/4/2021 at 02:00 PM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: remains in the HIGH INTENSITY SUPERVISION PROGRAM/APPEARED BY VIDEO; Court Reporter: Nancy Meyer; Defense Attorney: Jose German; US Attorney: William Kennelly Dreher. (znbn) (Entered: 06/04/2021) |
| 06/21/2021 | 16 | NOTICE *OF FILING DISCOVERY CORRESPONDENCE* by USA as to MARC BRU (Attachments: # 1 Supplement)(Dreher, William) (Entered: 06/21/2021) |
| 07/15/2021 | 17 | NOTICE *MEMORANDUM REGARDING STATUS OF DISCOVERY* by USA as to MARC BRU (Attachments: # 1 Exhibit A)(Dreher, William) (Entered: 07/15/2021) |
| 07/26/2021 | 18 | MOTION to Modify Conditions of Release by MARC BRU. (German, Jose) (Entered: 07/26/2021) |
| 07/26/2021 | 19 | RESPONSE by USA as to MARC BRU re 18 MOTION to Modify Conditions of Release (Dreher, William) (Entered: 07/26/2021) |
| 07/27/2021 | | MINUTE ORDER as to MARC BRU (1): The Court ORDERS that Defendant's 18 Motion to Modify is GRANTED IN PART and DENIED IN PART. His curfew shall be extended to 11:00 p.m., but absent considerably more information regarding his business meeting, its purpose, and the necessity of his appearing in person, the Court will not modify his conditions to permit it. So ORDERED by Judge James E. Boasberg on 7/27/2021. (nbn) (Entered: 07/27/2021) |
| 08/04/2021 | | Minute Entry for proceedings held before Judge James E. Boasberg: Status Conference as to MARC BRU (1) held on 8/4/2021. The Court finds that the period from August 4, 2021 through October 6, 2021, inclusive, is excluded from the Speedy Trial calculation in the Interest of Justice (XT). Excludable started as to MARC BRU (1). Status Conference set for 10/6/2021 at 12:00 PM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: remains in the HIGH INTENSITY SUPERVISION PROGRAM/APPEARED BY VIDEO; Court Reporter: Lisa Griffith; Defense Attorney: Jose German; US Attorney: William Kennelly Dreher. (nbn) Modified to correct bond status on 10/7/2021 (znbn). (Entered: 08/04/2021) |
| 09/10/2021 | 21 | NOTICE *Memorandum re Status of Discovery as of August 23, 2021* by USA as to MARC BRU (Dreher, William) (Entered: 09/10/2021) |
| 09/16/2021 | 22 | NOTICE *Memorandum re Status of Discovery as of September 14, 2021* by USA as to MARC BRU (Dreher, William) (Entered: 09/16/2021) |
| 10/06/2021 | | NOTICE OF TIME CHANGE in case as to MARC BRU (1): Status Conference set for 10/7/2021 at 01:30 PM in Telephonic/VTC before Judge James E. Boasberg. (znbn) (Entered: 10/06/2021) |
| 10/06/2021 | | Set/Reset Hearings as to MARC BRU:Status Conference set for 10/7/2021 at 01:30 PM in Telephonic/VTC before Judge James E. Boasberg. (znbn) (Entered: |

| | | |
|---|---|---|
| | | 10/06/2021) |
| 10/07/2021 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Status Conference as to MARC BRU (1) held on 10/7/2021. The Court finds that the period from October 7, 2021 through December 9, 2021, inclusive, is excluded from the Speedy Trial calculation in the Interest of Justice (XT). Excludable started as to MARC BRU (1). Video Status Conference set for 12/9/2021 at 02:00 PM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: remains in the HIGH INTENSITY SUPERVISION PROGRAM/APPEARED BY VIDEO; Court Reporter: Lisa Griffith; Defense Attorney: Jose German; US Attorney: William Dreher. (znbn) (Entered: 10/07/2021) |
| 10/26/2021 | 27 | NOTICE *Memorandum re Status of Discovery as of October 21, 2021* by USA as to MARC BRU (Dreher, William) (Entered: 10/26/2021) |
| 10/28/2021 | 28 | Unopposed MOTION to Modify Conditions of Release by MARC BRU. (German, Jose) (Entered: 10/28/2021) |
| 10/28/2021 | 29 | ORDER granting 28 Motion to Modify Conditions of Release as to MARC BRU (1). Signed by Judge James E. Boasberg on 10/28/2021. (nbn) (Entered: 10/29/2021) |
| 11/05/2021 | 30 | NOTICE *Memorandum re Status of Discovery as of November 5, 2021* by USA as to MARC BRU (Dreher, William) (Entered: 11/05/2021) |
| 12/01/2021 | 31 | SUPERSEDING INDICTMENT as to MARC BRU (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s. (zltp) (Entered: 12/02/2021) |
| 12/09/2021 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Arraignment as to MARC BRU (1) held on 12/9/2021. Defendant ARRAIGNED on counts 1s–7s and plea of NOT GUILTY entered as to MARC BRU (1). Status Conference set for 2/10/2022 at 02:00 PM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: remains on PERSONAL RECOGNIZANCE BOND (PR)/appeared via Zoom; Court Reporter: Lisa Griffith; Defense Attorney: Jose German; US Attorney: William Dreher. (nbn) (Entered: 12/09/2021) |
| 02/10/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Status Conference as to MARC BRU (1) held on 2/10/2022. The Court will Toll Speedy Trial between February 10, 2022 and March 2, 2022, in the Interest of Justice (XT). Excludable started as to MARC BRU (1). Oral request by defendant to "appoint new counsel", HEARD and GRANTED. Status Conference set for 3/2/2022 at 02:00 PM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: Remains on Personal Recognizance Bond (PR)/appeared via Zoom video; Court Reporter: Lisa Griffith; Defense Attorney: Jose German; US Attorney: William Dreher. (nbn) (Entered: 02/10/2022) |
| 02/11/2022 | 35 | NOTICE *OF FILING MEMORANDA REGARDING STATUS OF DISCOVERY AS OF FEBRUARY 9, 2022* by USA as to MARC BRU (Attachments: # 1 Memorandum in Support)(Dreher, William)(Entered: 02/11/2022) |
| 03/02/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Status Conference as to MARC BRU (1) held on 3/2/2022. The Court will Toll Speedy Trial between March 2, 2022 and July 6, 2022, in the Interest of Justice (XT). Excludable started as to MARC BRU (1). Status Conference set for 7/6/2022 at 02:00 PM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: remains on Personal Recognizance Bond/appeared via Zoom video; Court Reporter: Lisa |

| | | Griffith; Defense Attorney: Christian Izaguirre and Christopher Sanders; US Attorney: William Dreher. (nbn) (Entered: 03/02/2022) |
|---|---|---|
| 03/02/2022 | 37 | NOTICE OF ATTORNEY APPEARANCE: Christian Enrique Izaguirre appearing for MARC BRU (Izaguirre, Christian) (Entered: 03/02/2022) |
| 03/02/2022 | 38 | NOTICE OF ATTORNEY APPEARANCE: Christopher Sanders appearing for MARC BRU (Sanders, Christopher) (Main Document 38 replaced on 3/3/2022) (zstd). (Entered: 03/02/2022) |
| 03/03/2022 | 39 | MOTION to Withdraw as Attorney by Jose A. German. by MARC BRU. (German, Jose) (Entered: 03/03/2022) |
| 03/03/2022 | | MINUTE ORDER granting 39 Motion to Withdraw as Attorney. Jose Alejandro German withdrawn from case. as to MARC BRU (1). So ORDERED, by Judge James E. Boasberg on 3/3/2022. (nbn) (Entered: 03/03/2022) |
| 04/01/2022 | 40 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Gordon, Michael Matthew added. Substituting for attorney William Dreher (Attachments: # 1 Certificate of Service)(Gordon, Michael) (Entered: 04/01/2022) |
| 05/27/2022 | 41 | NOTICE OF ATTORNEY APPEARANCE: Mohammad Ali Hamoudi appearing for MARC BRU (Hamoudi, Mohammad) (Entered: 05/27/2022) |
| 05/27/2022 | 42 | NOTICE OF ATTORNEY APPEARANCE: Gregory Geist appearing for MARC BRU (Geist, Gregory) (Entered: 05/27/2022) |
| 06/16/2022 | 43 | NOTICE *of Change of Counsel from the Office of the Federal Public Defender for the Western District of Washington* by MARC BRU (Hamoudi, Mohammad) (Entered: 06/16/2022) |
| 07/06/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Status Conference as to MARC BRU (1) held on 7/6/2022. The Court will toll the Speedy Trial Clock between July 6, 2022 and September 7, 2022, in the Interest of Justice (XT). Excludable started as to MARC BRU (1). Status Conference set for 9/7/2022 at 03:00 PM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: remains on PR/app via Zoom video; Court Reporter: Lisa Griffith; Defense Attorney: Mohammad Ali Hamoudi and Gregory Geist; US Attorney: Michael Gordon; Pretrial Officer: John Copes. (nbn) (Entered: 07/06/2022) |
| 09/07/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Status Conference as to MARC BRU held on 9/7/2022. Defendant consents to proceed via Zoom video. The Court will toll the Speedy Trial Clock between 9/7/2022 and 10/14/2022, in the Interest of Justice (XT). Excludable started as to MARC BRU (1). Status Conference set for 10/14/2022 at 03:45 PM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: PR/appeared via Zoom video; Court Reporter: Lisa Griffith; Defense Attorney: Gregory Geist; US Attorney: Matthew Moeder. (nbn) (Entered: 09/07/2022) |
| 10/14/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Status Conference as to MARC BRU (1) held on 10/14/2022. Motion in Limine due by 2/3/2023. Responses due by 2/17/2023. Replies due by 2/24/2023. Pretrial Conference set for 3/29/2023 at 02:00 PM in Telephonic/VTC before Judge James E. Boasberg. Jury Trial set for 4/17/2023 at 09:30 AM in Courtroom 25A– In Person before Judge James E. Boasberg. The Court will toll the Speedy Trial Clock between 10/14/2022 and 4/17/2023, in the Interest of Justice (XT) Excludable started as to MARC BRU. |

| | | |
|---|---|---|
| | | Bond Status of Defendant: PERSONAL RECOGNIZANCE BOND/appeared via Zoom; Court Reporter: Lisa Griffith; Defense Attorney: Gregory Geist; US Attorney: Michael Gordon. (nbn) (Entered: 10/14/2022) |
| 10/14/2022 | | MINUTE ORDER as to MARC BRU (1): As discussed in today's hearing, the Court ORDERS that: 1) Trial is set for April 17, 2023, at 9:30 a.m.; 2) The pretrial conference is set for March 29, 2023, at 2:00 p.m.; and 3) Motions in limine shall be filed by February 3, 2023, with oppositions due by February 17, 2023, and replies by February 24, 2023. So ORDERED, by Judge James E. Boasberg on 10/14/2022. (nbn) (Entered: 10/14/2022) |
| 02/03/2023 | 46 | Unopposed MOTION for Extension of Time to *File Motions* by MARC BRU. (Attachments: # 1 Text of Proposed Order)(Geist, Gregory) (Entered: 02/03/2023) |
| 02/06/2023 | | MINUTE ORDER granting 46 Motion for Extension of Time as to MARC BRU (1): The Court ORDERS Motion in Limine due by 2/17/2023. So ORDERED, by Judge James E. Boasberg on 2/6/2023. (nbn) (Entered: 02/06/2023) |
| 02/28/2023 | | MINUTE ORDER as to MARC BRU (1) re 47 Pretrial Violation Report. The Court ORDERS the parties appear virtually for a Status Conference on 3/10/2023 at 02:45 PM via Zoom video before Judge James E. Boasberg. So ORDERED, by Judge James E. Boasberg on 2/28/2023. (nbn) (Entered: 02/28/2023) |
| 03/09/2023 | 48 | MOTION to Withdraw as Attorney by Gregory Geist. by MARC BRU. (Geist, Gregory) (Entered: 03/09/2023) |
| 03/09/2023 | 49 | NOTICE of Proposed Order by MARC BRU re 48 MOTION to Withdraw as Attorney by Gregory Geist. (Geist, Gregory) (Entered: 03/09/2023) |
| 03/09/2023 | 50 | MOTION to Appointment of New Counsel by MARC BRU. (See docket entry 48 to view document.) (zstd) (Entered: 03/09/2023) |
| 03/10/2023 | | Minute Entry for proceedings held before Judge James E. Boasberg:Status Conference as to MARC BRU (1) held on 3/10/2023. The Court will GRANT 48 MOTION to Withdraw as Attorney. The Court Orders Attorney Gregory Geist is WITHDRAWN. The Court FURTHER ORDERS that the trial set to commence on 4/17/2023 is VACATED. The Court finds it in the Interest of Justice, to toll the Speedy Trial Clock between 3/10/2023 and 3/29/2023 (XT). Status Conference set for 3/29/2023 at 04:00 PM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: remains on PR/appeared via Zoom video; Court Reporter: Tammy Nestor; Defense Attorney: Gregory Geist; US Attorney: Michael Matthew Gordon; Pretrial Officer: John Copes. (nbn) (Entered: 03/10/2023) |
| 03/10/2023 | | Attorney update in case as to MARC BRU (1). Attorney Gregory Geist terminated. (nbn) (Entered: 03/10/2023) |
| 03/22/2023 | 51 | NOTICE OF ATTORNEY APPEARANCE: Benjamin W. Muse appearing for MARC BRU (Muse, Benjamin) (Entered: 03/22/2023) |
| 03/29/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Status Conference as to MARC BRU held via Zoom on 3/29/2023. Oral request by the defendant to proceed "Pro Se", HEARD and GRANTED after a Faretta Inquiry was conducted. The Court ORDERS the defendant is permitted to proceed Pro Se with Attorney Benjamin W. Muse as standby counsel. The Court FURTHER ORDERS the Jury Trial set for 4/17/2023 is VACATED and RESET for a Bench Trial on 7/17/2023 at 09:30 AM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. |

| | | |
|---|---|---|
| | | Motion in Limine due by 5/15/2023. Responses due by 6/5/2023. Replies due by 6/19/2023. Pretrial Conference set for 6/26/2023 at 03:00 PM via Zoom before Chief Judge James E. Boasberg. The Court finds it in the Interest of Justice, to toll the Speedy Trial Clock until 7/17/2023 (XT). Bond Status of Defendant: remains on PR; Court Reporter: Tammy Nestor; Defense Attorney: Benjamin Muse (Standby Counsel) US Attorney: Michael Gordon. (nbn) (Entered: 03/29/2023) |
| 04/03/2023 | 53 | NOTICE OF ATTORNEY APPEARANCE Madison Mumma appearing for USA. (Mumma, Madison) (Entered: 04/03/2023) |
| 05/10/2023 | 54 | MOTION in Limine *to Preclude Improper Defense Arguments and Evidence on Eight Topics* by USA as to MARC BRU. (Attachments: # 1 Declaration of Thomas DiBiase)(Gordon, Michael) (Entered: 05/10/2023) |
| 05/15/2023 | 55 | Motion to Extend Motion in Limine Deadline by MARC BRU (Attachments: # 1 Motion to Extend Motion in Limine Deadline, # 2 Proposed Order)(Muse, Benjamin) Modified event type on 5/16/2023 (zstd). (Entered: 05/15/2023) |
| 05/16/2023 | | MINUTE ORDER as to MARC BRU (1): The Court ORDERS that Defendant's 55 Motion to Extend is GRANTED IN PART. He shall file any Motions In Limine by May 30, 2023. So ORDERED, by Chief Judge James E. Boasberg on 5/16/2023. (nbn) (Entered: 05/16/2023) |
| 05/23/2023 | 56 | Defendant's Pro Se Motion to Continue Trial by MARC BRU re Status Conference,,,,, Speedy Trial – Excludable Start,,,,, Set Deadlines/Hearings,,,, (Attachments: # 1 Pro Se Motion to Continue Trial, # 2 Text of Proposed Order)(Muse, Benjamin) Modified event type on 5/24/2023 (zstd). (Entered: 05/23/2023) |
| 05/24/2023 | | MINUTE ORDER as to MARC BRU (1) : The Court ORDERS that Defendant's [56–1] Motion to Continue Trial is DENIED WITHOUT PREJUDICE. The case has been pending more than two years, and Defendants reasons are insufficient. So ORDERED, by Chief Judge James E. Boasberg on 5/24/2023. (nbn) (Entered: 05/24/2023) |
| 06/06/2023 | 58 | NOTICE *of Lodging Defendant's Pro Se Motion to Dismiss for Lack of Due Process and the Liability of Libel* by MARC BRU (Attachments: # 1 Motion to Dismiss for Lack of Due Process and the Liability of Libel)(Muse, Benjamin) (Entered: 06/06/2023) |
| 06/07/2023 | | MINUTE ORDER as to MARC BRU: The Court ORDERS that Defendants [58–1] Motion to Dismiss is DENIED. To the extent that it contains legal argument, as opposed to political opinion, it contains no ground for dismissal. SO ORDERED by Chief Judge James E. Boasberg on 6/7/2023. (lsj) (Entered: 06/07/2023) |
| 06/14/2023 | | MINUTE ORDER as to MARC BRU (1) re 59 Pretrial Violation Report, 60 Pretrial Violation Report. The Court ORDERS the parties appear via Zoom on 6/16/2023 at 2:15 PM before Chief Judge James E. Boasberg. So ORDERED by Chief Judge James E. Boasberg on 6/14/2023. (nbn) Modified to adjust time to accommodate the parties time zone difference on 6/15/2023 (nbn). (Entered: 06/14/2023) |
| 06/16/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Status Conference as to MARC BRU held on 6/16/2023. Defendant failed to appear. The Court ORDERS an arrest warrant to issue. Bond Status of Defendant: FAILED TO APPEAR; Court Reporter: Tammy Nestor; Defense Attorney: Benjamin Muse (standby counsel); US Attorney: Michael Matthew Gordon; Pretrial Officer: John |

| | | |
|---|---|---|
| | | Copes. (nbn) (Entered: 06/16/2023) |
| 06/16/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Status Conference as to MARC BRU (1) held on 6/16/2023. Defendant appeared late. The Court ORDERS Arrest Warrant STRICKEN. Bond Status of Defendant: remains on PR/appeared via Zoom; Court Reporter: Tammy Nestor; Defense Attorney: Benjamin Muse (standby counsel); US Attorney: Michael Matthew Gordon and Madison Mumma; Pretrial Officer: John Copes. (nbn) (Entered: 06/16/2023) |
| 06/22/2023 | 61 | NOTICE *of Lodging Defendant's Pro Se Motion for Non−Custodial Transportation* by MARC BRU (Attachments: # 1 Pro Motion for Transportation)(Muse, Benjamin) (Entered: 06/22/2023) |
| 06/23/2023 | 62 | ORDER as to MARC BRU re 61 Defendant's Pro Se Motion for Non−Custodial Transportation filed by MARC BRU (1). Signed by Chief Judge James E. Boasberg on 6/23/2023. (nbn) (Entered: 06/23/2023) |
| 06/26/2023 | 64 | ORDER GRANTING IN PART AND DENYING IN PART 54 MOTION in Limine to Preclude Improper Defense Arguments and Evidence on Eight Topics as to MARC BRU (1). Signed by Chief Judge James E. Boasberg on 6/26/2023. (nbn) (Entered: 06/26/2023) |
| 06/26/2023 | 65 | MEMORANDUM OPINION re 64 ORDER GRANTING IN PART AND DENYING IN PART 54 Motion in Limine to Preclude Improper Defense Arguments and Evidence on Eight Topics as to MARC BRU (1). Signed by Chief Judge James E. Boasberg on 6/26/2023. (znbn) (Entered: 06/26/2023) |
| 06/26/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Pretrial Conference as to MARC BRU (1): Case called on 6/26/2023 but not held as defendant FAILED TO APPEAR. Pretrial Conference continued to 7/6/2023 at 03:30 PM in Telephonic/VTC before Chief Judge James E. Boasberg. Bond Status of Defendant: FTA; Court Reporter: Tammy Nestor; Defense Attorney: Benjamin Muse (standby counsel); US Attorney: Mike Gordon and Madison Mumma; Pretrial Officer: John Copes. (nbn) (Entered: 06/27/2023) |
| 06/28/2023 | 66 | NOTICE *(Filing−Additional Evidence)* by USA as to MARC BRU (Mumma, Madison) (Entered: 06/28/2023) |
| 06/29/2023 | | MINUTE ORDER as to MARC BRU (1): The Court ORDERS the parties appear for a Status Conference on 6/30/2023 at 05:00 PM via Zoom video before Chief Judge James E. Boasberg. So ORDERED, by Chief Judge James E. Boasberg on 6/29/2023. (nbn) (Entered: 06/29/2023) |
| 06/29/2023 | | Set/Reset Hearings as to MARC BRU:Status Conference set for 6/30/2023 at 05:00 PM in Telephonic/VTC before Chief Judge James E. Boasberg. (znbn) (Entered: 06/29/2023) |
| 06/30/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Status Conference via Zoom as to MARC BRU (1) held on 6/30/2023. Defendant FAILED TO APPEAR. The Court ORDERS an arrest warrant to issue. Bond Status of Defendant: FTA; Court Reporter: Tammy Nestor; Defense Attorney: Benjamin Muse (standby counsel); US Attorney: Mike Gordon and Madison Mumma; Pretrial Officer: John Copes. (nbn) (Entered: 06/30/2023) |
| 07/06/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Pretrial Conference as to MARC BRU (1) called but not held on 7/6/2023. The defendant |

| | | |
|---|---|---|
| | | remains in warrant status. The Court ORDERS the Bench Trial set for 7/17/2023 VACATED. Bond Status of Defendant: remains in WARRANT status; Court Reporter: Tammy Nestor; Defense Attorney: Benjamin Muse (standby counsel); US Attorney: Madison Mumma. (nbn) (Entered: 07/06/2023) |
| 07/27/2023 | 69 | MOTION for Status Hearing, Trial Date, and Exclusion of Time Under the Speedy Trial Act by USA as to MARC BRU. (Gordon, Michael) Modified event type and text on 7/28/2023 (zstd). (Entered: 07/27/2023) |
| 07/27/2023 | 70 | MOTION to Exclude by USA as to MARC BRU. (See docket entry 69 to view document.) (zstd) (Entered: 07/28/2023) |
| 07/28/2023 | | MINUTE ORDER as to MARC BRU: Motion 69 for Hearing is GRANTED. The parties shall appear for a Status Conference set for 8/2/2023 at 11:00 AM in by VTC before Chief Judge James E. Boasberg. SO ORDERED by Chief Judge James E. Boasberg on 7/28/2023. (lsj) (Entered: 07/28/2023) |
| 07/31/2023 | | MINUTE ORDER as to MARC BRU: The Status Conference previously set for 8/2/2023 is vacated and reset for 8/3/2023 at 11:00 AM by VTC before Chief Judge James E. Boasberg. SO ORDERED by Chief Judge James E. Boasberg on 7/31/2023. (lsj) (Entered: 07/31/2023) |
| 08/03/2023 | | Minute Entry for video Status Conference held before Chief Judge James E. Boasberg as to MARC BRU on 8/3/2023. Motions due by 8/17/2023. Pretrial Conference set for 9/22/2023 at 3:30 PM in Courtroom 22A (in person) before Chief Judge James E. Boasberg. Jury Trial to commence on 10/2/2023 at 9:00 AM in Courtroom 22A (in person) before Chief Judge James E. Boasberg. Bond Status of Defendant: committed; Court Reporter: Tammy Nestor; Defense Attorney: Benjamin W. Muse; US Attorneys: Michael Matthew Gordon and Madison Mumma. (lsj) (Entered: 08/03/2023) |
| 08/16/2023 | 71 | Judicial Contract for Prosecution Powers and Judicial Contract for Translation Powers by MARC BRU. "The Court GRANTS leave to file". Signed by Chief Judge James E. Boasberg on 8/16/2023. (zstd) (Entered: 08/16/2023) |
| 08/16/2023 | 72 | LEAVE TO FILE DENIED– Petition for a Writ of Habeas Corpus as to MARC BRU This document is unavailable as the Court denied its filing. Signed by Chief Judge James E. Boasberg on 8/16/2023. (zstd) (Entered: 08/16/2023) |
| 09/06/2023 | 73 | NOTICE of Lodging Pro Se Motion for Change of Venue by MARC BRU (Attachments: # 1 Pro Se Motion for Change of Venue, # 2 Text of Proposed Order)(Muse, Benjamin) (Entered: 09/06/2023) |
| 09/14/2023 | 74 | RESPONSE by USA as to MARC BRU re 73 Notice (Other) in Opposition to Defendant's Motion to Transfer Venue (Gordon, Michael) (Entered: 09/14/2023) |
| 09/18/2023 | 75 | Defendant's Pro Se Motion to Continue Trial by MARC BRU re Status Conference Set Deadlines/Hearings (Attachments: # 1 Pro Se Motion to Continue Trial, # 2 Text of Proposed Order)(Muse, Benjamin) Modified event type on 9/19/2023 (zstd). (Entered: 09/18/2023) |
| 09/19/2023 | | MINUTE ORDER as to MARC BRU(1): The Court ORDERS the parties appear for Motion Hearing re 75 MOTION to Continue Trial filed by MARC BRU on 9/22/2023 at 3:30 PM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. So ORDERED by Chief Judge James E. Boasberg on 9/19/2023. (nbn) Modified to amend date and time on 9/19/2023 (nbn). (Entered: 09/19/2023) |

| 09/22/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg:Motion Hearing/Pretrial Conference as to MARC BRU held on 9/22/2023. Oral arguments re 75 MOTION to Continue Jury Trial filed by MARC BRU, HEARD and DENIED for the reasons stated on the record in open court. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: Tammy Nestor; Defense Attorney: Benjamin Muse (standby counsel); US Attorney: Michael Matthew Gordon and Madison Mumma. (nbn) (Entered: 09/22/2023) |
|---|---|---|
| 09/22/2023 | 76 | PROPOSED VOIR DIRE as to MARC BRU (1): The Court ORDERS that any party shall file any objections or additions to the attached Proposed Voir Dire by September 27, 2023. SO ORDERED by Chief Judge James E. Boasberg on 9/22/2023. (lsj) Modified to correct document type on 9/25/2023 (nbn). (Entered: 09/22/2023) |
| 09/22/2023 | 77 | ENTERED IN ERROR.....Proposed Jury Instructions by USA as to MARC BRU (Gordon, Michael) Modified on 9/25/2023 (zstd). (Entered: 09/22/2023) |
| 09/22/2023 | | NOTICE OF ERROR as to MARC BRU regarding 77 Proposed Jury Instructions. The following error(s) need correction: Incorrect case number. Please refile. (zstd) (Entered: 09/25/2023) |
| 09/25/2023 | 78 | Proposed Jury Instructions by USA as to MARC BRU (Mumma, Madison) (Entered: 09/25/2023) |
| 09/27/2023 | 79 | NOTICE *of Intent to Offer Business Records Pursuant to Fed. R. of Evid. 902(11)* by USA as to MARC BRU (Gordon, Michael) (Entered: 09/27/2023) |
| 09/27/2023 | 80 | NOTICE *of Lodging Defendant's Pro Se Objections to Government's Proposed Jury Instructions 78* by MARC BRU re 78 Proposed Jury Instructions (Attachments: # 1 Objections to Government's Proposed Jury Instructions [Dkt. 78])(Muse, Benjamin) (Entered: 09/27/2023) |
| 09/27/2023 | 81 | Proposed Voir Dire by USA as to MARC BRU (Gordon, Michael) (Entered: 09/27/2023) |
| 09/28/2023 | 82 | NOTICE *of Defendant's Waiver of Right to Trial by Jury and Parties' Consent to Bench Trial* by USA as to MARC BRU (Gordon, Michael) (Entered: 09/28/2023) |
| 09/28/2023 | 83 | Second MOTION to Continue *Trial* by MARC BRU. (Muse, Benjamin) (Entered: 09/29/2023) |
| 09/29/2023 | | MINUTE ORDER as to MARC BRU (1), GRANTING 83 Motion to Continue Trial. The Court ORDERS the Jury Trial set for 10/2/2023 is VACATED and RESET for a Bench Trial on 10/3/2023 at 09:30 AM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. So ORDERED by Chief Judge James E. Boasberg on 9/29/2023. (nbn) (Entered: 09/29/2023) |
| 10/03/2023 | 84 | Negative Averment by MARC BRU. "Leave to file GRANTED" by Chief Judge James E. Boasberg on 10/3/2023 (zstd) (Entered: 10/03/2023) |
| 10/03/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Bench Trial as to MARC BRU (1) held on 10/3/2023. Both parties rest. The Court renders a verdict of GUILTY on counts 1s–7s. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to MARC BRU (1). Sentencing set for 1/8/2024 at 11:00 AM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: Tammy Nestor; Defense Attorney: Benjamin Muse (standby counsel); US Attorney: |

| | | Mike Gordon and Madison Mumma; Government Witnesses: Inspector Thomas Loyd, SSA Elizabeth Glavey, and FBI Agent Juliana Dippold. (nbn) (Entered: 10/03/2023) |
|---|---|---|
| 10/03/2023 | 85 | EXHIBIT LIST by USA as to MARC BRU (1). (nbn) (Entered: 10/03/2023) |
| 11/29/2023 | 86 | MOTION to Continue *Imposition of Sentence Hearing (Non−Opposed)* by MARC BRU. (Attachments: # 1 Text of Proposed Order)(Muse, Benjamin) (Entered: 11/29/2023) |
| 11/30/2023 | | MINUTE ORDER as to MARC BRU (1), GRANTING 86 Motion to Continue Sentencing. Based on the representations made in 86 Motion to Continue, the Court ORDERS the Sentencing set for 1/8/2024 is VACATED and RESET to 1/24/2024 at 11:00 AM in Courtroom 22A− In Person before Chief Judge James E. Boasberg. So ORDERED by Chief Judge James E. Boasberg on 11/30/2023. (nbn) (Entered: 11/30/2023) |
| 01/17/2024 | 92 | SENTENCING MEMORANDUM by USA as to MARC BRU (Attachments: # 1 Exhibit Government's Count−by−Count Sentencing Guidelines Analysis)(Mumma, Madison) (Entered: 01/17/2024) |
| 01/17/2024 | 93 | NOTICE *Regarding Defendant's Sentencing Memorandum* by MARC BRU (Muse, Benjamin) (Entered: 01/17/2024) |
| 01/23/2024 | 94 | NOTICE to the Court by MARC BRU. "Leave to file GRANTED" by Chief Judge James E. Boasberg on 1/23/2024. (Attachments: # 1 Affidavit in Memorandum of Law, # 2 Exhibits A−J)(zstd) (Entered: 01/23/2024) |
| 01/23/2024 | 95 | NOTICE of Lodging Defendant's Pro Se Motion to Satisfy Impartiality with Attachment by MARC BRU (Attachments: # 1 Defendant's Motion to Satisfy Impartiality, # 2 Attachment)(Muse, Benjamin) Modified event type on 1/24/2024 (zstd). (Entered: 01/23/2024) |
| 01/24/2024 | 96 | NOTICE *of Defendant's Concerning Pre−Sentencing Statements* by USA as to MARC BRU (Gordon, Michael) (Entered: 01/24/2024) |
| 01/24/2024 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Sentencing held on 1/24/2024 as to MARC BRU (1). Defendant sentenced to a total of seventy−two (72) months incarceration, twelve (12) months as to counts 1s−2s to run concurrent with each other and consecutive with counts 6s−7s. As to counts 3s−5s, defendant sentenced to six (6) months incarceration to run concurrent with all other counts. As to counts 6s−7s, defendant sentenced to sixty (60) months incarceration to run concurrent with each other and consecutive to counts 1s−2s. Defendant further sentenced to one (1) year Supervised Release on count 1s−2s and three (3) years Supervised Released on counts 6s−7s to run concurrent, Special Assessments in the amount of $280, a $7946 Fine, and Restitution totaling $2000. Appeal rights given. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: Tammy Nestor; Defense Attorney: Ben Muse (standby counsel); US Attorney: Michael Gordon and Madison Mumma; Prob Officer: Crystal Lustig. (znbn) (Entered: 01/24/2024) |
| 01/25/2024 | 97 | MOTION to Dismiss Count *1−7 of the Original Indictment, ECF No. 12* by USA as to MARC BRU. (Gordon, Michael) (Entered: 01/25/2024) |
| 01/29/2024 | | MINUTE ORDER as to MARC BRU (1), GRANTING 97 Motion to Dismiss Counts 1−7 of the Original Indictment, ECF No. 12. The Court ORDERS counts 1−7 12 are |

| | | |
|---|---|---|
| | | hereby DISMISSED. So ORDERED by Chief Judge James E. Boasberg on 1/29/2024. (znbn) (Entered: 01/29/2024) |
| 01/29/2024 | 98 | JUDGMENT as to MARC BRU. Statement of Reasons Not Included. Signed by Chief Judge James E. Boasberg on 1/29/2024. (zstd) (Entered: 01/29/2024) |
| 01/29/2024 | 99 | STATEMENT OF REASONS as to MARC BRU re 98 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Chief Judge James E. Boasberg on 1/29/2024. (zstd) (Entered: 01/29/2024) |
| 02/02/2024 | 100 | TRANSCRIPT OF PROCEEDINGS in case as to MARC BRU before Chief Judge James E. Boasberg held on 1/24/24; Page Numbers: 1−21. Court Reporter/Transcriber Tammy Nestor, Telephone number 202−354−3127, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/23/2024. Redacted Transcript Deadline set for 3/4/2024. Release of Transcript Restriction set for 5/2/2024.(Nestor, Tammy) (Entered: 02/02/2024) |
| 02/07/2024 | 101 | NOTICE OF APPEAL − Final Judgment by MARC BRU re 98 Judgment. Fee Status: No Fee Paid. Parties have been notified. (Muse, Benjamin) (Entered: 02/07/2024) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA          )
                                  )
            vs.                   )       Criminal No. _1:21-cr-00352-JEB_
                                  )
   MARC BRU                       )

## NOTICE OF APPEAL

Name and address of appellant:        MARC ANTHONY BRU, No. DC 386519
                                      CORRECTIONAL TREATMENT FACILITY
                                      1901 E ST. SE
                                      WASHINGTON, DC 2003

Name and address of appellant's attorney:    BEN W. MUSE, Assistant Federal Defender
                                             Federal Defender-District of Alaska
                                             188 W. Northern Lights Blvd., Ste. 700
                                             Anchorage, AK 99503
                                             benjamin_muse@fd.org  - 907-646-3400

Offense:  18:1752a1; 18:1752as; 40:5104e2B; 40:5104e2D; 40:5104e2G; 18:231a3; 18:1512c2

Concise statement of judgment or order, giving date, and any sentence:

   Judgment, dated January 25, 2024 (Doc. 98). 72 month sentence imposed.

Name and institution where now confined, if not on bail:  Correctional Treatment Facility

        I, the above named appellant, hereby appeal to the United States Court of Appeals for the
District of Columbia Circuit from the above-stated judgment.

  February 7, 2024                          s/ Marc Anthony Bru
  DATE                                      APPELLANT
                                            s/ Ben W. Muse
                                            ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE          [ ]
CJA, NO FEE                   [✔]
PAID USDC FEE                 [ ]
PAID USCA FEE                 [ ]
Does counsel wish to appear on appeal?              YES [✔]    NO [ ]
Has counsel ordered transcripts?                    YES [ ]    NO [x]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]    NO [x]

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
              Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia   ▾

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MARC BRU | ) **JUDGMENT IN A CRIMINAL CASE**<br>)<br>)<br>) Case Number: 21-cr-00352-JEB-1<br>)<br>) USM Number: 37551-509<br>)<br>) Pro Se/Benjamin Muse (standby counsel)<br>) Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☑ was found guilty on count(s)    1s-7s
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds | 1/6/2021 | 1s |
| 18 USC § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or C | 1/6/2021 | 2s |
| 40 USC § 5104(e)(2)(B) | Entering and Remaining in the Gallery of Congress | 1/6/2021 | 3s |

The defendant is sentenced as provided in pages 2 through ___8___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/24/2024
Date of Imposition of Judgment

Signature of Judge

James E. Boasberg, USDC Chief Judge
Name and Title of Judge

1/24/24
Date

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 1A

Judgment—Page ___2___ of ___8___

DEFENDANT: MARC BRU
CASE NUMBER: 21-cr-00352-JEB-1

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 40 USC § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building | 1/6/2021 | 4s |
| 40 USC § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Buildir | 1/6/2021 | 5s |
| 18 USC § 231(a)(3) | Civil Disorder | 1/6/2021 | 6s |
| 18 USC §§ 1512(c)(2) and 2 | Obstruction of an Official Proceeding and Aiding and Abe | 1/6/2021 | 7s |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: MARC BRU
CASE NUMBER: 21-cr-00352-JEB-1

Judgment — Page ___3___ of ___8___

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: Defendant sentenced to a total of seventy-two (72) months incarceration, twelve (12) months as to counts 1s-2s to run concurrent with each other and consecutive with counts 6s-7s. As to counts 3s-5s, defendant sentenced to six (6) months incarceration to run concurrent with all other counts. As to counts 6s-7s, defendant sentenced to sixty (60) months incarceration to run concurrent with each other and consecutive to counts 1s-2s.

☑  The court makes the following recommendations to the Bureau of Prisons:

FCI Sheridan
27072 BALLSTON ROAD
SHERIDAN, OR 97378

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____  ☐ a.m.  ☐ p.m.  on _____.

    ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev 09/19)  Judgment in a Criminal Case
             Sheet 3 — Supervised Release

Judgment—Page   4   of   8

DEFENDANT: MARC BRU
CASE NUMBER: 21-cr-00352-JEB-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:
  one (1) year Supervised Release on count 1s-2s and three (3) years Supervised Released on counts 6s-7s to run concurrent.

## MANDATORY CONDITIONS

1.    You must not commit another federal, state or local crime.
2.    You must not unlawfully possess a controlled substance.
3.    You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from
       imprisonment and at least two periodic drug tests thereafter, as determined by the court.
            ☐ The above drug testing condition is suspended, based on the court's determination that you
               pose a low risk of future substance abuse. *(check if applicable)*
4.    ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of
       restitution. *(check if applicable)*
5.    ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.    ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as
       directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you
       reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.    ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached
page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

|  | Judgment—Page | 5 | of | 8 |

DEFENDANT: MARC BRU
CASE NUMBER: 21-cr-00352-JEB-1

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

AO 245B (Rev 09/19)   Judgment in a Criminal Case
Sheet 3D — Supervised Release

DEFENDANT: MARC BRU
CASE NUMBER: 21-cr-00352-JEB-1

Judgment—Page __6__ of __8__

## SPECIAL CONDITIONS OF SUPERVISION

While on supervision, you shall abide by the following mandatory conditions, as well as all discretionary conditions recommended by the probation office in Part D. Sentencing Options of the presentence report, which are imposed to establish the basic expectations for your conduct while on supervision. The mandatory conditions include:

1. You must not commit another federal, state, or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter, as determined by the court.
4. You must cooperate in the collection of DNA as directed by the probation officer.
5. You must make restitution in accordance with 18 USC §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.

You shall comply with the following special conditions:

Substance Abuse Testing - You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

Mental Health Assessment/Treatment - You must participate in a mental health assessment and any treatment program recommended and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney s Office.

Restitution Obligation    You must pay the balance of any restitution owed.

Restitution payments shall be made to the Clerk of the Court for the United States District Court, District of Columbia, for disbursement to the following victim:
$2000
Architect of the Capitol
Office of the Chief Financial Officer
Ford House Office Building, Room H2-205B
Washington, DC 20515

Re-entry Progress Hearing - Within forty-five days of release from incarceration you will appear before the Court for a re-entry progress hearing. The United States Probation Office in the district in which you are supervised will submit a progress report to the court within the thirty days of the commencement of supervision; and upon receipt of the progress report, the Court will determine if your appearance is required.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 5 — Criminal Monetary Penalties

DEFENDANT: MARC BRU
CASE NUMBER: 21-cr-00352-JEB-1

Judgment — Page  7  of  8

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 280.00 | $ 2,000.00 | $ 7,946.00 | $ | $ |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Clerk of the Court for the United States | | $2,000.00 | |
| District Court for the District of Columbia | | | |
| for disbursement to the following victims: | | | |
| Architect of the Capitol | | | |
| Office of the Chief Financial Officer | | | |
| Ford House Building | | | |
| Room H2-205B | | | |
| Washington DC 20515 | | | |
| Attn: kathy Sherrill, CPA | | | |
| | | | |
| TOTALS | $          0.00 | $          2,000.00 | |

☐  Restitution amount ordered pursuant to plea agreement $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  the interest requirement is waived for the    ☐ fine    ☐ restitution.

☐  the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __8__ of __8__

DEFENDANT: MARC BRU
CASE NUMBER: 21-cr-00352-JEB-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☑   Lump sum payment of $  10,226.00        due immediately, balance due

        ☐   not later than _____ , or
        ☑   in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

B   ☐   Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
        _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D   ☐   Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
        _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
        term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
        imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☑   Special instructions regarding the payment of criminal monetary penalties:
        The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333
        Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk
        of the Court of the change until such time as the financial obligations are paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.