# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3015**                                          **September Term, 2024**

**1:21-cr-00352-JEB-1**

**Filed On: September 9, 2024** [2073935]

United States of America,

        Appellee

    v.

Marc Bru,

        Appellant

## M A N D A T E

In accordance with the order of September 9, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                            **FOR THE COURT:**
                                                            Mark J. Langer, Clerk

                                 BY:    /s/
                                                            Selena R. Gancasz
                                                            Deputy Clerk

Link to the order filed September 9, 2024