Ben W. Muse
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: ben_muse@fd.org

*Standby Counsel for Defendant Marc Bru*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MARC BRU,<br><br>　　　　　　Defendant. | Case No. 21-cr-00352-JEB<br><br>**NON-OPPOSED MOTION TO CONTINUE SENTENCING** |

Defendant Marc Bru, through standby counsel, Ben W. Muse, Assistant Federal Defender, hereby moves this Court to continue the sentencing hearing now set in this matter November 6, 2024, due to undersigned counsel's unavailability. Undersigned counsel has conferred by email with Assistant United States Attorneys Michael Gordon and Madison Mumma who do not oppose a continuance. The parties are available November 14 or 15, or any date the week of November 18, 2024, and request the November 6 hearing be continued accordingly.

DATED at Anchorage, Alaska this 7th day of October, 2024.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Ben W. Muse*
Ben W. Muse
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on October 7, 2024. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Ben W. Muse*