UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>MARC BRU,<br><br>            Defendant. | Case No. 21-cr-00352-JEB |

**MOTION TO CONTINUE SENTENCING**

Defendant Marc Bru, through standby counsel, Ben W. Muse, Assistant Federal Defender, hereby moves this Court to continue the sentencing hearing now set in this matter for November 14, 2024. The undersigned has an unresolvable personal conflict, that has recently arisen, and which will preclude him from traveling to Washington, D.C., on that date.

Undersigned counsel attempted to ascertain the government's position with Assistant United States Attorneys Michael Gordon and Madison Mumma, by email, but has not received a response as of the filing of this motion.

The undersigned is available for sentencing November 20-26 and December 9-17.

///

///

///

///

///

///

DATED this 24th day of October, 2024.

>Respectfully submitted,
>
>FEDERAL PUBLIC DEFENDER
>DISTRICT OF ALASKA
>
>/s/ Ben W. Muse
>Ben W. Muse
>Assistant Federal Defender
>188 W. Northern Lights Blvd., Suite 700
>Anchorage, Alaska 99503
>Phone: (907) 646-3400
>Email: ben_muse@fd.org
>
>*Standby Counsel for Defendant Marc Bru*

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Columbia by using the district's CM/ECF system on October 24, 2024. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/ Ben W. Muse