# JEB January 6 Civil Disorder Sentences

| Defendant | Case Number | Charges of Conviction | Sentence |
|---|---|---|---|
| Mostofsky, Aaron | 1:21-CR-00138-JEB | 18 U.S.C. § 641; 18 U.S.C. § 231(a)(3); 18 U.S.C. § 1752(a)(1) | 8 months' incarceration 12 months' supervised release 200 hours' community service $2,000 restitution |
| Baugh, Roger Kent | 1:22-CR-00313-JEB | 18 U.S.C. § 231(a)(3) | 12 months' and 1 day incarceration 24 months' supervised release $2,000 restitution |
| Dennis, Robert Wayne | 1:21-CR-00679-JEB | 18 U.S.C. § 231(a)(3); 18 U.S.C. § 111(a)(1); 18 U.S.C. § 111(a)(1); 18 U.S.C. § 1752(a)(1); 18 U.S.C. § 1752(a)(4); 40 U.S.C. § 5104(e)(2)(F) | 36 months' incarceration 24 months' supervised release $2,000 restitution |
| Baquero, Julio | 1:21-CR-00407-DLF | 18 U.S.C. § 231(a)(3) | 18 months' incarceration 12 months' supervised release $2,000 restitution |
| Munafo, Jonathan | 1:21-CR-00330-JEB | 18 U.S.C. § 231(a)(3); 18 U.S.C. § 111(a) (1) | 18 months' incarceration 12 months' supervised release $2,000 restitution |
| Carpenter, Sara | 1:21-CR-00305-JEB | 18 U.S.C. § 231(a)(3); 18 U.S.C. § 1512(c)(2); 18 U.S.C. § | 22 months' incarceration |

# JEB January 6 Civil Disorder Sentences

| | | | |
|---|---|---|---|
| | | 1752(a)(1); 18 U.S.C. § 1752(a)(2); 40 U.S.C. § 5104(e)(2)(D); 40 U.S.C. § 5104(e)(2)(E); 40 U.S.C. § 5104(e)(2)(G) | 24 months' supervised release $2,000 restitution |
| Beckley, Damon Michael | 1:21-CR-00285-JEB | 18 U.S.C. § 1512(c)(2); 18 U.S.C. § 231(a)(3) | 18 months' incarceration 12 months' supervised release $2,000 restitution |
| Krill, Peter Jr. | 1:23-CR-00342-JEB | 18 U.S.C. § 231(a)(3) | 9 months' incarceration 12 months' supervised release $2,000 restitution |
| Mock, Brian | 1:21-CR-00444-JEB | 18 U.S.C. § 1512(c)(2); 18 U.S.C. § 231(a)(3) 18 U.S.C. § 111(a)(1) 18 U.S.C. § 111(a)(1) 18 U.S.C. § 111(a)(1); 18 U.S.C. § 111(a)(1); 18 U.S.C. § 641; 18 U.S.C. § 1752(a)(1); 18 U.S.C. § 1752(a)(2); 18 U.S.C. § 1752(a)(4); 40 U.S.C. § 5104(e)(2)(F) | 33 months' incarceration 24 months' supervised release $2,000 restitution |
| Easterday, Isreal | 1:22-CR-00404-JEB | 18 U.S.C. § 231(a)(3); 18 U.S.C. § 111(a)(1) and (b); 18 U.S.C. § 111(a)(1) and (b); 18 U.S.C. § 1752(a)(1) and (b)(1)(A); 18 U.S.C. § 1752(a)(2) and (b)(1)(A); 18 U.S.C. § 1752(a)(4) and (b)(1)(A); 40 U.S.C. § 5104(e)(2)(D); 40 U.S.C. § 5104(e)(2)(F); 40 U.S.C. § 5104(e)(2)(G | 30 months' incarceration 24 months' supervised release $2,000 restitution |
| Purkel, Colby | 1:23-CR-00448-JEB | 18 U.S.C. § 231(a)(3) | 21 days' incarceration 12 months' supervised release 100 |

## JEB January 6 Civil Disorder Sentences

|  |  |  | hours community service $2,000 restitution |
|---|---|---|---|
| Purkel, Jr., Willard | 1:23-CR-00448-JEB | 18 U.S.C. § 231(a)(3); 18 U.S.C. § 1752(a)(1); 18 U.S.C. § 1752(a)(2); 40 U.S.C. § 5104(e)(2)(D); 40 U.S.C. § 5104(e)(2)(G) | 60 days' incarceration 9 months' supervised release $2,000 restitution |

**Exhibit D-1 page 3**