# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 21-CR-00352-JEB
)
MARK ANTHONY BRU, )
)

## NOTICE OF APPEAL

Name and address of appellant:

Mark Anthony Bru, Reg. No. 37551-509
FCI Victorville Medium II
PO Box 3850
Adelanto, CA 92301

Name and address of appellant's attorney:

Ben W. Muse, Assistant Federal Defender
188 W Northern Lights Blvd., Ste. 700
Anchorage, AK 99501

Offense: 18:1752a1; 18:1752as; 40:5104e2B; 40:5104e2D; 40:5104e2G; 18:231a3; 18:1512c2

Concise statement of judgment or order, giving date, and any sentence:

Judgment, dated November 25, 2024 (Doc. 109). Concurrent terms of 60 months on count 6s, 12 months on counts 1s-2s and six months on counts 3s-5s

Name and institution where now confined, if not on bail: FCI Victorville Medium II

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| December 18, 2024 | s/ Mark Bru |
|---|---|
| DATE | APPELLANT |
| | s/ Ben W. Muse, Assistant Federal Defender |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☑
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?              YES ☑   NO ☐
Has counsel ordered transcripts?                    YES ☐   NO ☑
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐   NO ☑